# EXHIBIT A

Raland J Brunson
4287 South Harrison Blvd., #132
Ogden, Utah 84403
Phone:  385-492-4898
Email: thedreamofthecentury@gmail.com
Pro Se

---

## IN THE SECOND JUDICIAL DISTRICT COURT,

## WEBER COUNTY, STATE OF UTAH

---

| | |
|---|---|
| RALAND J BRUNSN,<br><br>               Plaintiff,<br><br>               vs.<br><br>Named persons in their capacities as Honorable Justices of the Supreme Court of the United States: SONIA SOTOMAYOR, ELENA KAGAN, KETANJI BROWN JACKSON, JOHN and JANE DOES 1-100, Defendants. | **COMPLAINT**<br><br>Case No. ꝛꝛ꓾ꝺꝺꝺꝺꝺꝺꝺꝺꝺ<br><br>Judge: ꓪꓪꓪꓬ<br><br> <br><br>**TRIAL BY JURY DEMANDED** |

Comes now Plaintiff, Raland J Brunson ("Brunson") in pro se, based upon facts, information and beliefs, alleges against Defendants as follows:

### PARTIES AND JURISDICTION

1.     Plaintiff is an individual residing in Weber County, State of Utah.

2.     Defendants all have an office, or workplace in Washington, DC.

3.     Plaintiff's right to bring this action includes, but not limited to, Amendment I of the United States Constitution which states: "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, <u>and to petition the Government for a redress of grievances.</u>"  (Underline added)

4.      This Court has jurisdiction pursuant to U.C.A. §78B-3-307.

## SUPPORTIVE BACKDROP COMMON TO ALL ALLEGATIONS

## —THE CONSTITUTION—

5.      *"We the People"* created our Government, therefore *"We"* are the creators of our Government. And if *"We"* are the creators of our Government then in simple terms *"We"* are the rulers of our Government. *"We"* are the masters and Government is our servant, or *"We"* are the employers and Government is our employee. Government works for *"We the People"* and is subject to *"We the People"*. And whenever Government acts in ways that is contrary to our God-given rights as referred in the Declaration of Independence, then *"We"* have the right "to abolish it, and to institute new Government" that will be subject to "We" as their employers and rulers. (*See* the second clause of the Declaration of Independence.)

6.      *"We the People"* have commissioned Government to secure our rights. "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness, — That to secure these rights, governments are instituted among Men, deriving their just powers from the consent of the governed." (*See* the second clause of the Declaration of Independence.) Therefore, *"We"* have instructed Government and memorialized in public record that our rights are NOT given to us by Government.

7.      Therefore, in commissioning a government to secure these rights, *"We the People"* created the Constitution of the United States with the first ten amendments which was ratified in 1791. This is the official and only Constitution. The first 10 amendments were defined by Congress as "further declaratory and restrictive clauses". These clauses are set in place to restrict the Constitution from ever being an instrument that Government could use to

infringe upon our rights of *"We the People"*.  On this premise these rights shall always restrict our Government. "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."—Amendment IX.

8.      Brunson received his rights by our divine Creator and the Constitution is set in place to protect these rights.  Therefore, *"We the People"* are the master, ruler or employer of our government.

9.      The 2nd Clause of the Declaration of Independence states: "We hold these truths to be self evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness, -That to secure these rights, governments are instituted among Men, deriving their just powers from the consent of the governed. . ."

10.     Our unalienable rights are given to us from God and therefore no Government has the legal power to make laws that deny or disparage them without being guilty of committing crimes against humanity.

11.     The Utah State Supreme Court supports the fact that our rights do not come from government as found in the case of *American Bush v. City Of South Salt Lake,* 2006 UT 40 140 P.3d.1235 which states "In considering State constitutions we must not commit the mistake of supposing that, because individual rights are guarded and protected by them, they must also be considered as owing their origin to them. These instruments measure the powers of the rulers, but they do not measure the rights of the governed. . . . [A state constitution] is not the beginning of a community, nor the origin of private rights; it is not the fountain of law, nor the incipient state of government; it is not the cause, but consequence, of personal and political freedom; **it grants no rights to the people**, but is the creature of their power, the instrument of their

convenience. Designed for their protection in the enjoyment of the **rights and powers which they possessed before the constitution was made,** it is but the framework of the political government . . . It presupposes an organized society, law, order, property, personal freedom, a love of political liberty, and enough of cultivated intelligence to know how to guard it against the encroachments of tyranny." (Bold emphasis added)

12.    Amendment 9 of the Constitution of the United States (known as the interpretation clause) clarifies the fact that no government has the right to misconstrue with our said rights which states, "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people." In other words, Congress has no power to enact laws that would violate our God-given rights.

13.    Powers put into place that fail to protect our said rights entitle mankind to " . . . dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation." (First clause of the Declaration of Independence.)

14.    The exclusive powers extended to the legislative branch of Congress for the making of laws are subject to Amendment IX of the U.S. Constitution, and as such "This Constitution, and the Laws of the United States which shall be made Pursuance thereof; . . .shall be the supreme Law of the land; . . .". *See* Article VI, U.S. Constitution.

15.    The U.S. Constitution was written with honor, respect and recognition of our Lord Jesus Christ as memorialized in Article VII Clause 3 which states, " . . . in the Year of our Lord . . ."

16.     The Prophet Isaiah 30: 9, of the King James version of the Holy Bible states, "That this is a rebellious people, lying children, children that will not hear the law of the Lord."

17.     The "law of the Lord" spoken of by Isaiah is the U.S. Constitution as claimed by George Albert Smith, a former president of the Church of Jesus Christ of Latter-Day Saints.

18.     George Albert Smith On September 23, 1945, while giving a dedicatory prayer of the Idaho Temple, stated, " . . .'for this purpose have I established the Constitution of this land . . .' **[D&C 101:80]** . . . to fulfill the ancient prophecy of Isaiah that 'out of Zion shall go forth the law and the word of the Lord from Jerusalem.' **[Isaiah 2:3]**". (*Brackets and bold emphasis added*)

19.     The said D&C is the Doctrine and Covenants of the Church of Jesus Christ of Latter-Day Saints.

20.

## —THE OATH OF OFFICE—

21.     Defendants swore an allegiance to the Constitution known as the Oath of Office.

22.     "Let it simply be asked, where is the security for property, for reputation for life, if the sense of moral and religious obligation desert the oaths which are the instruments of investigation in courts of justice." —*George Washington* on the sanctity of oaths.

23.     5 U.S. Code § 3331 states "An individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath: "I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on

5

which I am about to enter. So help me God." This section does not affect other oaths required by law.

24.    The U.S. Constitution, Article VI, clause 3 states *"The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States."*

25.    5 U.S.C. § 7311 States: "An individual may not accept or hold a position in the Government of the United States or the government of the District of Columbia if he—

    (1) advocates the overthrow of our constitutional form of government;

    (2) is a member of an organization that he knows advocates the overthrow of our constitutional form of government;

    (3) participates in a strike, or asserts the right to strike, against the Government of the United States or the government of the District of Columbia; or

    (4) is a member of an organization of employees of the Government of the United States or of individuals employed by the government of the District of Columbia that he knows asserts the right to strike against the Government of the United States or the government of the District of Columbia."

26.    18 U.S.C. § 1918 states "Whoever violates the provision of section 7311 of title 5 that an individual may not accept or hold a position in the Government of the United States or the government of the District of Columbia if he—

    (1) advocates the overthrow of our constitutional form of government;

    (2) is a member of an organization that he knows advocates the overthrow of our constitutional form of government;

    (3) participates in a strike, or asserts the right to strike, against the Government of the United States or the government of the District of Columbia; or

> (5) is a member of an organization of employees of the Government of the United States or of individuals employed by the government of the District of Columbia that he knows asserts the right to strike against the Government of the United States or the government of the District of Columbia;
>
> shall be fined under this title or imprisoned not more than one year and a day, or both."

27.     The definition of "advocate" is further specified in Executive Order 10450 which for the purposes of enforcement supplements 5 U.S.C. 7311. One provision of Executive Order 10450 specifies it is a violation of 5 U.S.C. 7311 for any person taking the oath of office to advocate "the alteration ... of the form of the government of the United States by unconstitutional means." Our form of government is defined by the Constitution of the United States. It can only be "altered" by constitutional amendment while adhering strictly to the controlling clause of Amendment IX. Thus, according to Executive Order 10450 (and therefore 5 U.S. 7311) any act taken by government officials who have taken the oath of office prescribed by 5 U.S.C. 3331which alters the form of government other by amendment, is a criminal violation of the 5 U.S.C. 7311.

## THE CONTRACT

28.     Being that "We the People" created the Constitution to protect our said rights, the Oath of Office that the Defendants have taken is a contract, it binds them to restrictions from ever protecting laws that would violate Brunson's rights. The Defendants swore to uphold, protect and defend the Constitution with penalties for certain violations. "Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States." (*See* 18 U.S. § 2381.)

7

29.     Defendants are sworn to be the defenders of Brunson's rights by way of the Constitution.  This is their duty. this is their contract which they freely agreed and swore to do.

## FACTS COMMON TO ALL ALLEGATIONS

30.     On January 6, 2023 Brunson's petition for writ of certiorari ("Petition") was scheduled for conference.  Docket No. 22-380 of the Supreme Court of the United States ("SCOTUS").

31.     This Petition perfected constructive knowledge[1] to Defendants of the following:

32.     The Petition alleged as an uncontestable fact that a serious national security breach exists, and in order to correct, or remedy this breach, it would require the removal of a sitting President and Vice President of the United States along with many members of Congress.

33.     The Petition also alleged as an uncontestable fact that the named respondents in the Petition had violated their Oath of Office by giving aid and comfort to an enemy raging war against the Constitution and the United States.  According to 18 U.S. § 2381 this is an act of treason.

34.     The Petition alleges that this war is current and ongoing.

35.     Pursuant to the Petition the Respondents became enemies raging war against the Constitution and the United States.

36.     The Petition stated that during the 117th session of Congress 100 members of Congress claimed to have provided facts and evidence that the 2020 Presidential election was breached and therefore moved Congress to investigate these claims.  The respondents on that day voted not to investigate these claims despite the fact that a breach in the electoral process is an

---

[1] "Constructive notice in law creates an irrebuttable presumption of actual notice." Mooney v. Harlin, 622 SW 2d 83.

act of war.  The purpose of war is to put into power its victor and a breach in the electoral

process does the same thing; to put into power its victor.

37.     So on January 6, 2021 pursuant to 18 U.S. § 2381 the respondents committed high

treason by becoming enemies waging war against the Constitution and the United States by

voting to thwart the investigation of claims that the said election was breached.

38.     The Petition also stated that the doctrine of equitable maxim created by SCOTUS

violates the Object Principle of Justice, and that had SCOTUS granted Docket No. 18-1147 this

would have given SCOTUS the opportunity to rectify these serious conflicting doctrines

affecting every court in the United States.  "It is emphatically the province and duty of the

judicial department to say what the law is." *Marbury v Madison*, 5 US 137 (1 Cranch) (1803).

39.     Despite Defendants being recipients of the said constructive notice, on January 9th

the docket of SCOTUS posted that the Petition was denied.  Defendants did not provide any

reason for this denial.

40.     Pursuant to Defendants duty under their contract, and under *Marbury*, and under

The Object Principle of Justice, Defendants had a duty to address the Petition and to disregard

the Judicial Act of 1925 which unconstitutionally gave them power of discretion in deciding

what cases they wish to address.

41.     On January 9th, 2023 the Defendants denied the Petition without reason.

42.     And then on January 23, 2023 Brunson's filed a petition for rehearing

("Rehearing").  Once again this Rehearing perfected constructive notice to Defendants of what

has already been given to Defendants.

43.     The Rehearing also perfected constructive notice to Defendants of; (i) how

binding the Oath of Office is, (ii) how investigation has monumental importance in identifying

an enemy, (iii) how allegations of war should be investigated, (iv) how petitioning the

government for redress of grievances can be done through a lawsuit, (v) how Defendants should

adjudicate this case, (vi) how fraud vitiated Congresses power to count the votes under

Amendment XII until the investigation resoled any claims of a breach in the electoral process,

and (vii) how the doctrine of equitable maxim is unconstitutional.

   44. The Rehearing was set for a conference date February 17, 2023.

   45. On February 21, 2023 the Rehearing was denied constituting the same breach as

stated above by the Defendants.

**FIRST CAUSE OF ACTION**
**(Breach of Contract— as to all the Defendants)**

   46. Plaintiff hereby incorporates all preceding and foregoing paragraphs as though set

forth fully herein.

   47. On October 20, 2022 Defendants entered into an agreement known as the Petition.

   48. Under the terms of this Petition Brunson paid Defendants $300.00 in addition to

their paid salary, and then Brunson received from Defendants a Docket No. 22-380 on or about

October 20, 2022.

   49. Per the above statements Defendants had a duty, a contract, to hear Brunson's

Petition.

   50. The Defendants breached their sworn duty, their contract with Brunson as

described above, when they denied the Petition.

   51. Brunson then again approached the Defendants and paid them another $200.00 on

January 23rd, 2023 under known as a Rehearing in order for them to hear his Petition.

   52. And then On February 21, 2020 Defendant denied the Rehearing without giving

any reason whatsoever.

10

53.     These denials damaged Brunson of the dollar amount he's seeking against the Respondents in the full total amount of $2,905,000,000 (2 billion 905 million U.S. dollars) in U.S. legal tender, tax free.

## SECOND CAUSE OF ACTION
### (Intentional Infliction of Emotional Distress — as to all the Defendants)

54.     Plaintiff hereby incorporates all preceding and foregoing paragraphs as though set forth fully herein.

55.     Each of the Defendants took their oath of office without any mental reservations knowing full well what it meant.

56.     As stated above, the oath of office is also a promise to Brunson.

57.     The Defendants purposely and maliciously violated their oath of office when they denied the Petition and Rehearing.

58.     This denial is an assault against Brunson's wellbeing and general sense of safety, and it has served upon Brunson emotional damage causing him fear from the highest court in the land that was set up to be the keeper of Brunson's rights, but instead offers protection against such violators.

59.     This damage causes fear that Defendants are now on a course to violate Brunson's right to freely travel, to make a living, to have privacy, to own property and essentially destroying his liberties.

60.     Brunson's daily emotional distress and suffering finds moments of relief when Brunson envisions that the Defendants be removed from office without delay for violating their oath.

## THIRD CAUSE OF ACTION
### (Fraud— as to all the Defendants)

61.    Plaintiff hereby incorporates all preceding and foregoing paragraphs as though set forth fully herein.

62.    In Washington, DC on January 6, 2023 and on February 23rd, 2023 Defendants made public Brunson's Petition and Rehearing, to which they agreed that they would protect Brunson's right to be heard, and that they would vindicate Brunson for the damages caused by the Respondents who have engaged in fraud and war against Brunson and the Constitution as stated in the Petition and Rehearing.

63.    As stated above, the Defendants knew that Brunson relied upon them to stop the war when he paid his filing fee money and when the Defendants accepted their salary.

64.    On January 21, 2023 Defendants denied the Petition, and then on February 23 Defendants denied the Rehearing.

65.    These two denials completed the fraudulent acts of Defendants, and they kept the filing fee money along with their paid salaries.

66.    According to 18 U.S. § 2381 the Defendants committed acts of treason and committed fraud against Brunson when they denied the Petition and Rehearing for the reasons stated above.

**FOURTH CAUSE OF ACTION**
**(Civil Conspiracy – as to all the Defendants)**

67.    Plaintiff hereby incorporates all preceding and foregoing paragraphs as though set forth fully herein.

68.    Each of the causes of actions stated herein tie into this cause of action.

69.    Defendants all worked in concert committing civil conspiracy in denying the Petition and Rehearing which provides the dates, where and who was all involved.

70.     The Defendants had constructive knowledge knowing full well that their denial of the Petition and Rehearing were acts of, but no limited to, fraud.

**WHEREFORE** Plaintiff prays for relief against the Defendants as follows with any and all money damages to be tax free:

**Relief Under the First Cause Of Action:**

71.     Defendants are to be removed from office with an order that they never be allowed to serve in any government office found anywhere in the United States of America nor serve in the legal profession for the rest of their lives.

72.     Defendants shall be forbidden to collect any further payments, or retirements, or income derived from the U.S. Government for their services rendered to the U.S. Government.

73.     Judgment against Defendants shall incorporate the fact that each of the Defendants failed to protect the U.S. Constitution.

74.     Judgment against the Defendants shall incorporate the fact that each of the Defendants gave aid and comfort to enemies of the U.S. Constitution.

75.     Judgment against the Defendants shall incorporate a recommendation that the Defendants should be investigated for treason according to 18 U.S. § 2381.

76.     Defendants, shall each pay $968,333,333 in U.S. legal tender tax free. (This is ⅓ of $2,905,000,000.)

**Relief Under the Second Cause Of Action:**

77.     Defendants are to be removed from office with an order that they are never to be allowed to serve in any government office found anywhere in the United States of America nor serve in the legal profession for the rest of their lives.

13

78.     Defendants shall be forbidden to collect any further payments, or retirements, or income derived from the U.S. Government for their services rendered to the U.S. Government.

79.     Judgment against Defendants shall incorporate the fact that each of the Defendants failed to protect the U.S. Constitution.

80.     Judgment against the Defendants shall incorporate the fact that each of the Defendants gave aid and comfort to enemies of the U.S. Constitution.

81.     Judgment against the Defendants shall incorporate a recommendation that the Defendants should be investigated for treason.

82.     Defendants shall each pay $10,000,000 (Ten Million Dollars payable in United States legal tender money).

**Relief Under the Third Cause Of Action**:

83.     Defendants are to be removed from office with an order that they are never to be allowed to serve in any government office found anywhere in the United States of America nor serve in the legal profession for the rest of their lives.

84.     Defendants shall be forbidden to collect any further payments, or retirements, or income derived from the U.S. Government for their services rendered to the U.S. Government.

85.     Judgment against Defendants shall incorporate the fact that each of the Defendants failed to protect the U.S. Constitution.

86.     Judgment against the Defendants shall incorporate the fact that each of the Defendants gave aid and comfort to enemies of the U.S. Constitution.

87.  Judgment against the Defendants shall incorporate a recommendation that the Defendants should be investigated for treason according to 18 U.S. § 2381.

88.  Defendants shall each pay $10,000,000 (Ten Million Dollars payable in United States legal tender money).

**Relief Under the Fourth Cause of Action**:

89.  Defendants are to be removed from office with an order that they are never to be allowed to serve in any government office found anywhere in the United States of America nor serve in the legal profession for the rest of their lives.

90.  Defendants shall be forbidden to collect any further payments, or retirements, or income derived from the U.S. Government for their services rendered to the U.S. Government.

91.  Judgment against Defendants shall incorporate the fact that each of the Defendants failed to protect the U.S. Constitution.

92.  Judgment against the Defendants shall incorporate the fact that each of the Defendants gave aid and comfort to enemies of the U.S. Constitution.

93.  Judgment against the Defendants shall incorporate a recommendation that the Defendants should be investigated for treason according to 18 U.S. § 2381,

94.  Defendants shall each pay $10,000,000 (Ten Million Dollars payable in United States legal tender money).

95.  **TOTAL AMOUNT OF MONEY DAMAGES**:  tax free $3,108,000,000 (3 Billion 108 million dollars of US legal currency).

96.  And for any such other relief that the Court may deem proper.

Dated this the 7th, day of March, 2023.


Raland J Brunson
Plaintiff

## Utah District Court Cover Sheet for All Civil Actions Except Probate Cases

**Interpretation.** If you do not speak or understand English, the court will provide an interpreter. Contact court staff immediately to ask for an interpreter.

**Interpretación.** Si usted no habla ni entiende el Inglés el tribunal le proveerá un intérprete. Contacte a un empleado del tribunal inmediatamente para pedir un intérprete.

**Plaintiff/Petitioner (First)**

Raland J Brunson
Name

4287 South Harrision Blvd. #132
Address

Ogden, UT 84403
City, State, Zip

~385-492-4898          thedreamofthecentury@gmail.com
Phone                         Email

**First Plaintiff/Petitioner's Attorney or Licensed Paralegal Practitioner***

Name

Bar Number

**Plaintiff/Petitioner (Second)**

Name

Address

City, State, Zip

Phone          Email

**Second Plaintiff/Petitioner's Attorney or Licensed Paralegal Practitioner***

Name

Bar Number

**Defendant/Respondent (First)**

Elena Kagan
Name

Supreme Court US
Address

Washington D.C.
City, State, Zip
20543

Phone          Email

**First Defendant/Respondent's Attorney or Licensed Paralegal Practitioner***

Ketanji Brown Jackson
Name
20543

Bar Number

**Defendant/Respondent (Second)**

Sonia Sotomayor
Name

Supreme Court US
Address

Washington D.C.
City, State, Zip

Phone          Defendant

**Second Defendant/Respondent's Attorney or Licensed Paralegal Practitioner***

Ketanji Brown Jackson
Name
Supreme Court US

Bar Number 20543    Washington DC

*Attorney or LPP  addresses provided by Utah State Bar.

---

**Total Claim for Damages $** 3,108,000,000    **Jury Demand** [ ] Yes [x] No    $250 [ ] Jury Demand

**Schedule of Fees: §78A-2-301** (Choose all that apply. See Page 2 for fees for claims other than claims for damages.)

**CHOOSE ONE:**
- [ ] No monetary damages are requested (URCP 26: Tier 2)
- [ ] Damages requested are $50,000 or less (URCP 26: Tier 1)
- [ ] Damages requested are more than $50,000 and less than $300,000 (URCP 26: Tier 2)
- [x] Damages requested are $300,000 or more (URCP 26: Tier 3)
- [ ] Domestic relations (URCP 26: Tier 4)
- [ ] Damages are unspecified.
  Circle one:  Tier 1   Tier 2   Tier 3
- [ ] This case is exempt from URCP 26. (E)

— — **MOTION TO RENEW JUDGMENT** — —
$45  [ ] Damages $2000 or less

$100      [ ] Damages $2001 - $9,999
$187.50  [ ] Damages $10,000 & over

— — **COMPLAINT OR INTERPLEADER** — —
$90    [ ] Damages $2000 or less
$200   [ ] Damages $2001 - $9999
$375   [X] Damages $10,000 & over
$375   [ ] Damages Unspecified

— — **COUNTERCLAIM, CROSS CLAIM, THIRD PARTY CLAIM, OR INTERVENTION** — —
$55    [ ] Damages $2000 or less
$165   [ ] Damages $2001 - $9999
$170   [ ] Damages $10,000 & over

**Choose One**

| Fee | | Case Type |
|---|---|---|
| | | **— — — — APPEALS — — — —** |
| $375 | [ ] | Administrative Agency Review |
| Sch | [ ] | Tax Court (Appeal of Tax Commission Decision) Court: Refer to Clerk of Court upon filing. |
| $240 | [ ] | Civil (78A-2-301(1)(h)) (E) |
| $240 | [ ] | Small Claims Trial De Novo (E) |
| $80 | [ ] | Municipal Admin. Determination. (E) |
| | | **— — — GENERAL CIVIL — — —** |
| Sch | [ ] | Civil Rights |
| $0 | [ ] | Civil Stalking (E) |
| $375 | [ ] | Condemnation/Eminent Domain |
| Sch | [x] | Contracts |
| Sch | [ ] | Contract: Employment Discrimination |
| Sch | [ ] | Contract: Fraud |
| Sch | [ ] | Debt Collection |
| $375 | [ ] | Essential Treatment Intervention (62A-15-1203) |
| Sch | [ ] | Eviction/Forcible Entry and Detainer (E) |
| $375 | [ ] | Extraordinary Relief/Writs |
| $375 | [ ] | Forfeiture of Property (E) |
| Sch | [ ] | Interpleader |
| Sch | [ ] | Lien/Mortgage Foreclosure |
| Sch | [ ] | Miscellaneous Civil |
| $375 | [ ] | Post Conviction Relief: Capital (E) |
| $375 | [ ] | Post Conviction Relief: Non-capital (E) |
| Sch | [ ] | Property Rights |
| $375 | [ ] | Registry Removal (Gun/White Collar) |
| Sch | [ ] | Sexual Harassment |
| Sch | [ ] | Water Rights |
| $375 | [ ] | Wrongful Lien |
| Sch | [ ] | Wrongful Termination |
| | | **— — — — — TORTS — — — — —** |
| Sch | [ ] | Automobile Tort |
| Sch | [ ] | Intentional Tort |
| Sch | [ ] | Malpractice-Medical Tort |
| Sch | [ ] | Malpractice-Legal Tort; Other |
| Sch | [ ] | Premises Liability |
| Sch | [ ] | Asbestos |
| Sch | [ ] | Product Liability (NOT Asbestos) |
| Sch | [ ] | Slander/Libel/Defamation |
| | | **— — — DOMESTIC RELATIONS — — — —** |
| $0 | [ ] | Protective Orders (E) |
| $325 | [ ] | Marriage Adjudication (T4) |
| $325 | [ ] | Divorce/Annulment (T4) |
| | [ ] | Check if child support, custody or parent-time will be part of decree |
| | [ ] | Check if Temporary Separation filed |

| Fee | | Case Type |
|---|---|---|
| $325 | [ ] | Custody/Visitation/Support (T4) |
| $8 | [ ] | Vital Statistics §26-2-25 per form |
| $130 | [ ] | Counterclaim: Divorce/Separate Maintenance |
| $130 | [ ] | Counterclaim: Custody/Visit/Support |
| $170 | [ ] | Counterclaim: Paternity/Grandparent Visitation |
| $100 | [ ] | Domestic Modification (T4) |
| $100 | [ ] | Counter-petition: Domestic Modification |
| $375 | [ ] | Grandparent Visitation (T4) |
| $375 | [ ] | Paternity/Parentage (T4) |
| $325 | [ ] | Separate Maintenance (T4) |
| $35 | [ ] | Temporary Separation (E) |
| $35 | [ ] | Uniform Child Custody Jurisdiction & Enforcement Act (UCCJEA) (E) |
| $35 | [ ] | Uniform Interstate Family Support Act (UIFSA) (E) |
| | | **— — — — JUDGMENTS — — — —** |
| $35 | [ ] | Foreign Judgment (Abstract of) (E) |
| $375 | [ ] | Foreign Country Judgment (E) |
| $50 | [ ] | Abstract of Judgment/Order of Utah Court/Agency (E) |
| $30 | [ ] | Abstract of Judgment/Order of Utah State Tax Commission (E) |
| $35 | [ ] | Judgment by Confession (E) |
| | | **— — — — PROBATE — — — —** |

Use the **Utah District Court Cover Sheet for Probate Actions for the following:**

Adoptions/foreign adoptions; conservatorships; estate personal rep; foreign probate; gestational agreements; guardianships; minor's settlements; name changes; supervised administration cases; trusts; other probate actions

| | | **— — — SPECIAL MATTERS — — — —** |
|---|---|---|
| $35 | [ ] | Arbitration Award (E) |
| $0 | [ ] | Determination Competency-Criminal (E) |
| $0 | [ ] | Expungement Petition (E) |
| $0 | [ ] | Hospital Lien (E) |
| $35 | [ ] | Judicial Approval of Document: Not Part of Pending Case (E) |
| $35 | [ ] | Notice of Deposition in Out-of-State Case/Foreign Subpoena (E) |
| $35 | [ ] | Open Sealed Record (E) |
| $50 | [ ] | Petition for Adjudication of Priority to Funds on Trustee's Sale |
| | | **— — — — — — OCAP — — — — — —** |
| | | (Utah Code §78A-2-501) |
| $20 | [ ] | Documents prepared using Online Court Assistance Program (OCAP) |