# EXHIBIT B

## Case History / Documents

### SECOND DISTRICT COURT - OGDEN
### WEBER, STATE OF UTAH
### BRUNSON, RALAND J vs. KAGAN, ELENA, et al.

| Case Number | Current Assigned Judge |
|---|---|
| 230901367 - Contracts | JOSEPH BEAN |

### Parties

| Relationship | Party | Represented By |
|---|---|---|
| Plaintiff | RALAND J BRUNSON | |
| Defendant | ELENA KAGAN | |
| Defendant | SONIA SOTOMAYOR | |
| Defendant | KETANJI BROWN JACKSON | |

### Events

| # | Description | Case Number | Filing Date | View? |
|---|---|---|---|---|
| | Case filed by trinaf | 230901367 | 2023-03-07 | |
| 1 | Filed: Complaint | 230901367 | 2023-03-07 | View |
| | Fee Account created | 230901367 | 2023-03-07 | |
| | Fee Payment | 18964225 | 2023-03-07 | |
| | Fee Account created | 230901367 | 2023-03-07 | |
| 2 | Filed: Summons (Elena Kagan) | 230901367 | 2023-03-07 | View |
| 3 | Filed: Summons (Ketanji) | 230901367 | 2023-03-07 | View |
| 4 | Filed: Summons (Sonia Sotomayor) | 230901367 | 2023-03-07 | View |
| | Fee Account created | 230901367 | 2023-03-15 | |
| | Fee Payment | 18973545 | 2023-03-15 | |
| 5 | Filed: Summons (Ketanji) | 230901367 | 2023-03-16 | View |
| 6 | Filed: Return Summons and Complaint | 230901367 | 2023-03-24 | View |
| 7 | Filed: Return Summons and Complaint | 230901367 | 2023-03-24 | View |
| 8 | Filed: Return Summons and Complaint | 230901367 | 2023-03-24 | View |

### Account Summary

| Account | Detail | | |
|---|---|---|---|
| REVENUE DETAIL - TYPE: COMPLAINT 10K-MORE | Amount Due | $ | 375.00 |

Warning, do not refresh or click the browser back button, you will lose your search results.

Print PDF  Get Purchase Info  Back to Search