Michelle Conway
11 Sycamore Street
Elysburg, PA 17824

April 19th, 2023

1:23cv42

RECEIVED CLERK
APR 24 2023
U.S. DISTRICT COURT

United States District Court
District Of Utah
Orrin G. Hatch United States Courthouse
351 South West Temple, Rm. 1.100
Salt Lake City, Utah 84101
ATTN: Honorable Jared C. Bennett

Dear Honorable Jared C. Bennett,

I have reason to believe that the defendants of this case, Sonia Sotomayor, Elena Kagan, and Ketanji Brown Jackson, who are current Justices of the Supreme Court of the United States, broke their oath of office by voting against hearing the Raland J Brunson's case docket #22-380 of the US Supreme Court.

This case, docket #22-380 is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress who thwarted the proposed investigation into the allegations that there was interference in the 2020 Presidential election.

I urge you to give these defendants an opportunity to explain and defend themselves as to why they thought it was important to vote against the hearing of the said Raland J Brunson case.

Thank you,

Michelle K Conway
Michelle Conway

# The Letter

Dear Honorable Jared C. Bennett,

I have reason to believe that the defendants of this case, Sonia Sotomayor, Elena Kagan, and Ketanji Brown Jackson, who are current Justices of the Supreme Court of the United States, broke their oath of office by voting against hearing the Raland J Brunson's case docket #22-380 of the US Supreme Court.

This case, docket #22-380 is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress who thwarted the proposed investigation into the allegations that there was interference in the 2020 Presidential election.

I urge you to give these defendants an opportunity to explain and defend themselves as to why they thought it was important to

vote against the hearing of the said Raland J Brunson case.

Thank you.

*Beverly Hasty*
(Your name will be here)

SUBMIT

# The Letter

4-17-2023

Dear Honorable Jared C. Bennett,

I have reason to believe that the defendants of this case, Sonia Sotomayor, Elena Kagan, and Ketanji Brown Jackson, who are current Justices of the Supreme Court of the United States, broke their oath of office by voting against hearing the Raland J Brunson's case docket #22-380 of the US Supreme Court.

This case, docket #22-380 is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress who thwarted the proposed investigation into the allegations that there was interference in the 2020 Presidential election.

I urge you to give these defendants an opportunity to explain and defend themselves as to why they thought it was important to

vote against the hearing of the said Raland J Brunson case.

Thank you. *Robert N. Lee*

*(Your name will be here)*

SUBMIT

# The Letter

4-16-2023

Dear Honorable Jared C. Bennett,

I have reason to believe that the defendants of this case, Sonia Sotomayor, Elena Kagan, and Ketanji Brown Jackson, who are current Justices of the Supreme Court of the United States, broke their oath of office by voting against hearing the Raland J Brunson's case docket #22-380 of the US Supreme Court.

This case, docket #22-380 is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress who thwarted the proposed investigation into the allegations that there was interference in the 2020 Presidential election.

I urge you to give these defendants an opportunity to explain and defend themselves as to why they thought it was important to

vote against the hearing of the said Raland J Brunson case.

Thank you. *Michelle Lee*

*(Your name will be here)*

SUBMIT

Michelle Conway
11 Sycamore St.
Elysburg, PA 17824

HARRISBURG PA 171
20 APR 2023 PM 3 L

United States District Court
District of Utah
Orrin G. Hatch United States Courthouse
351 South West Temple, Rm. 1.100
Salt Lake City, UTAH 84101
ATTN: Honorable Jared C. Bennett

Beverly Hasty
5152 S. Diamond Cholla Ct
Gold Canyon AZ 85118



United States District Court
Honorable Jared C Bennett
Orrin G Hatch U.S. Courthouse
351 S.W. Temple, Rm. 1.100
Salt Lake City, Utah 84101

84101-194875

Robert Lee
33044 Orchard Dr
Bigfork MT 59911



PHOENIX AZ 852
17 APR 2023 PM 6 L

U.S. District Court
Honorable Jared C Bennett
Orin G Hatch U.S. Courthouse
351 S.W. Temple, Rm. 1.100
Salt Lake City, Utah   84101

84101-190899

Michelle Lee
33044 Orchard dr.
Bigfork MT 59911



Honorable Jared C Bennett
U.S. District Court
Orin G Hatch U.S. Courthouse
351 SW Temple, Rm 1,100
Salt Lake City, Utah 84101

84101-194875