April 17, 2023

US District Court
District of Utah
Orrin G. Hatch United States Courthouse
351 S.W. Temple St.
Salt Lake City, UT 84101

LODGED

RECEIVED US Dist Court-UT
APR 24 '23 PM02:28

1:23cv42 HCN

Dear Honorable Jared C. Bennett,

I have reason to believe that defendants of this case, Sonia Sotomayor, Elena Kagan, and Ketanji Brown Jackson, who are current Justice of the Supreme Cot o the United States, broke their oath of office by voting against hearing the Raland J Brunson's case docket #22-380 of the US Supreme Court.

This case, docket #22-380 is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress who thwarted the proposed investigation into the allegations that there was interference in the 2020 Presidential election.

I urge you to gibe these defendants an opportunity to explain and defend themselves as to why they thought it was important to vote against the hearing of the said Raland J Brunson case.

Thank You

Joseph Davis

Catrina Wang, Oseph Davis
868 S.W. Rocky Bayou Terr.
Port St. Lucie, Fl. 34986

WEST PALM BCH FL 334
18 APR 2023 PM 2 L

US District Court
District of Utah
Orrin G. Hatch US Courthouse
351 SW Temple St.
Salt Lake City, UT 84101

84101-150899

April 17, 2023

US District Court
District of Utah
Orrin G. Hatch United States Courthouse
351 S.W. Temple St.
Salt Lake City, UT 84101

RECEIVED US Dist Court-UT
APR 24 '23 PM02:28

Dear Honorable Jared C. Bennett,

I have reason to believe that defendants of this case, Sonia Sotomayor, Elena Kagan, and Ketanji Brown Jackson, who are current Justice of the Supreme Cot o the United States, broke their oath of office by voting against hearing the Raland J Brunson's case docket #22-380 of the US Supreme Court.

This case, docket #22-380 is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress who thwarted the proposed investigation into the allegations that there was interference in the 2020 Presidential election.

I urge you to gibe these defendants an opportunity to explain and defend themselves as to why they thought it was important to vote against the hearing of the said Raland J Brunson case.

Thank You

Ting Wang

Tiny Wang
800 SW Rocky Bayou Terr.
Port St. Lucie, FL 34984

WEST PALM BCH FL 334
18 APR 2023 PM 2 L

US District Court
District of Utah
Orrin G. Hatch US Courthouse
351 SW. Temple St.
Salt Lake City, UT 84101

84101-180899

April 17, 2023

US District Court
District of Utah
Orrin G. Hatch United States Courthouse
351 S.W. Temple St.
Salt Lake City, UT 84101

RECEIVED US Dist Court-UT
APR 24 '23 PM02:28

Dear Honorable Jared C. Bennett,

I have reason to believe that defendants of this case, Sonia Sotomayor, Elena Kagan, and Ketanji Brown Jackson, who are current Justice of the Supreme Cot o the United States, broke their oath of office by voting against hearing the Raland J Brunson's case docket #22-380 of the US Supreme Court.

This case, docket #22-380 is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress who thwarted the proposed investigation into the allegations that there was interference in the 2020 Presidential election.

I urge you to gibe these defendants an opportunity to explain and defend themselves as to why they thought it was important to vote against the hearing of the said Raland J Brunson case.

Thank You

*Christin Whitfield*

Catrina Wong & Cristin Whitfield
868 SW Ricky Bayou Terr.
Port St. Lucie Fl. 34986

WEST PALM BCH FL 334
18 APR 2023 PM 2 L

US District Court
District of Utah
Orrin G. Hatch US Courthouse
351 SW Temple St.
Salt Lake City, Utah 84101

84101-150859

April 17, 2023

US District Court
District of Utah
Orrin G. Hatch United States Courthouse
351 S.W. Temple St.
Salt Lake City, UT 84101

RECEIVED US Dist Court-UT
APR 24 '23 PM02:28

Dear Honorable Jared C. Bennett,

I have reason to believe that defendants of this case, Sonia Sotomayor, Elena Kagan, and Ketanji Brown Jackson, who are current Justice of the Supreme Cot o the United States, broke their oath of office by voting against hearing the Raland J Brunson's case docket #22-380 of the US Supreme Court.

This case, docket #22-380 is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress who thwarted the proposed investigation into the allegations that there was interference in the 2020 Presidential election.

I urge you to gibe these defendants an opportunity to explain and defend themselves as to why they thought it was important to vote against the hearing of the said Raland J Brunson case.


Thank You

*Catrina Wang*

Catrina Wentz
868 SW. Rocky Bayou Turn.
Port St. Lucie Fl. 34986

WEST PALM BCH FL 334
18 APR 2023 PM 3 L

US District Court
District of Utah
Orrin G. Hatch US Courthouse
351 S.W. Temple St.
Salt Lake City, UT 84101

84101-190859

April 17, 2023

US District Court
District of Utah
Orrin G. Hatch United States Courthouse
351 S.W. Temple St.
Salt Lake City, UT 84101

RECEIVED US Dist Court-UT
APR 24 '23 PM02:27

Dear Honorable Jared C. Bennett,

I have reason to believe that defendants of this case, Sonia Sotomayor, Elena Kagan, and Ketanji Brown Jackson, who are current Justice of the Supreme Cot o the United States, broke their oath of office by voting against hearing the Raland J Brunson's case docket #22-380 of the US Supreme Court.

This case, docket #22-380 is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress who thwarted the proposed investigation into the allegations that there was interference in the 2020 Presidential election.

I urge you to gibe these defendants an opportunity to explain and defend themselves as to why they thought it was important to vote against the hearing of the said Raland J Brunson case.

Thank You

CC. Wang

C.C. Wing
868 SW Rocky Bayou Terr.
Port St. Lucie Fl. 34986

WEST PALM BCH FL 334
18 APR 2023 PM 3 L

US District Court
District of Utah
Orrin G. Hatch US Courthouse
351 S.W. Temple St.
Salt Lake City, UT 84101

84101-180899

April 17, 2023

US District Court
District of Utah
Orrin G. Hatch United States Courthouse
351 S.W. Temple St.
Salt Lake City, UT 84101

RECEIVED US Dist Court-UT
APR 24 '23 PM 02:27

Dear Honorable Jared C. Bennett,

I have reason to believe that defendants of this case, Sonia Sotomayor, Elena Kagan, and Ketanji Brown Jackson, who are current Justice of the Supreme Cot o the United States, broke their oath of office by voting against hearing the Raland J Brunson's case docket #22-380 of the US Supreme Court.

This case, docket #22-380 is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress who thwarted the proposed investigation into the allegations that there was interference in the 2020 Presidential election.

I urge you to gibe these defendants an opportunity to explain and defend themselves as to why they thought it was important to vote against the hearing of the said Raland J Brunson case.

Thank You

*Jhonathan Whitfull*

Cetrine Wins
Ornita Whitaker
2608 SW Rocky Bayou Ter.
Port St. Lucie, Fl. 34984

WEST PALM BCH FL 334
18 APR 2023 PM 2 L

US District Court
District of Utah
Orrin G. Hatch US Courthouse
351 S.W. Temple St.
Salt Lake City, UT 84101