April 26, 2023

Dear Honorable Jared C. Bennett,

RECEIVED US Dist Court-UT
MAY 01 '23 PM01:10

I have reason to believe that the defendants of this case, Sonia Sotomayor, Elena Kagan, and Ketanji Brown Jackson, who are current Justices of the Supreme Court of the United States, broke their oath of office by voting against hearing the Raland J Brunson's case docket #22-380 of the US Supreme Court.

This case, docket #22-380 is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress including House Speaker Pelosi, who thwarted the proposed investigation into the allegations that there was interference in the 2020 Presidential election.

I urge you to give these three defendants an opportunity to explain and defend themselves as to why they thought it was important to vote against the hearing of the said Raland J Brunson case. Let this case move forward. Let me along with "We the People" know that this court will protect the US Constitution by allowing the defendants to answer the Complaint.

Respectfully,

*Joyce Ellen*

Joyce Ellen of the House of Bukowiec

House of Bukowieu
126 Walnut St.
Nutley, NJ 07110
USA.

DV DANIELS NJ 070
27 APR 2023 PM 8 L

HONORABLE JARED C. BENNETT
351 S.W. TEMPLE ST.
SALT LAKE CITY, UT 84101

84101-150899



4/26/23

Dear Honorable Jared C. Bennett,

I have reason to believe that the defendants of this case, Sonia Sotomayer, Elena Kagan, and Ketanji Brown Jackson, who are current Justices of the Supreme Court of the United States, broke their oath of office by voting against hearing the Raland J. Brunson's case docket #22-380 of the U.S. Supreme Court.

RECEIVED US Dist Court-UT
MAY 01 '23 PM 01:10

The case, docket #22-380, is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress, including House Speaker Nancy Pelosi, who thwarted the proposed investigation into the allegations that there was, in fact, interference in the 2020 Presidential election.

I, therefore, urge you to give these three (3) defendants an opportunity to explain and defend themselves as to why they thought it was important to vote against the hearing of the said Raland J. Brunson case. I am requesting that you allow this important case to move forward so that I, along with "We the People," can see that this Court, in allignment with their judicial duties, will protect the U.S. Constitution by

allowing these defendants to answer the Complaint.

Respectfully and in Honor,

Leslie Angel

Leslie Angel
16911 San Fernando Mission Bl. #210
Granada Hills, CA 91344

SANTA CLARITA CA  913
28 APR 2023  PM 4  L



Honorable Jared C. Bennett
c/o U.S. District Court
351 S. West Temple
Salt Lake City, UT 84101

84101-190899