April 24, 2023

Magistrate Judge Jared C. Bennett
United States District Court
District of Utah
351 South West Temple
Salt Lake City, UT 84101
<u>Certified Mail</u>
Return Receipt 7021 2720 0003 2836 7765

RECEIVED CLERK
MAY 05 2023
U.S. DISTRICT COURT

Dear Honorable Jared C. Bennett,

I have reason to believe that the defendants of this case, Sonia Sotomayor, Elena Kagan, and Ketanji Brown Jackson, who are current Justices of the Supreme Court of the United States, broke their oath of office by voting against hearing the Raland J Brunson's case docket #22-380 of the US Supreme Court.

This case, docket #22-380 is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress including House Speaker Pelosi, who thwarted the proposed investigation into the allegations that there was interference in the 2020 Presidential election.

I urge you to give these three defendants an opportunity to explain and defend themselves as to why they thought it was important to vote against the hearing of the said Raland J Brunson case. Let this case move forward. Let me along with "We the People" know that this court will protect the US Constitution by allowing the defendants to answer the Complaint.

Respectfully and in Honor,

Dawn Urbanek
142 Avenida Buena Ventura
San Clemente, CA 92672

Cc:
Raland J. Brunson
Loy Brunson
4287 South Harrison Blvd. Apt 132
Ogden, Utah 84403

Att: Orange County California Case #30-2022-01288151-CU-WM-CJC Documentation
in Support of Raland J. Brunson

Raland J. Brunson
Loy Brunson
4287 South Harrison Blvd.
Apt 132
Ogden, Utah 84403
<u>Certified Mail</u>
Return Receipt 7021 2720 0003 2836 7758

    RE: Orange County California Case #30-2022-01288151-CU-WM-CJC

Dear Raland and Loy-

Attached please find a copy of my letter to the Honorable Jared C. Bennett in support of your case.

I am also including a link to my April 21, 2023 letter to Attorney General for the State of California Rob Bonta regarding a case that I filed in Orange County California which exposed the Help America Vote Act for the Major Fraud it was.
https://docs.google.com/document/d/1ABdip8rLLTJPNj16EU5ybsWbFqGSqm7IJbR4i03W7fU/edit?usp=sharing

I am providing links to that case because every voter in the Country can use the facts stated therein to prove; not just election fraud, but Major Fraud and a Seditious Conspiracy to federalize U.S. Election without the knowledge and Consent of the American People.

Petitioners Opposition to Real Parties in Interest Demurrer:
https://docs.google.com/document/d/1nWWUuYqrC_pEqqk4nMaBdMvxIYxTuvmzbO31hVZfHA8/edit?usp=sharing

I have included this letter to the Honorable Jared C. Bennett as well.

Dawn Urbanek
142 Avenida Buena Ventura
San Clemente CA, 92672

1

Link to this Document:
https://docs.google.com/document/d/1HblPSV-Fy_1A0SZjHkfNiewYWF9AowXyuzoLF9mgODE/edit?usp=sharing
**Violation 18 U.S.C. 1031: Major Fraud.**

Major Fraud: The American people have been lied to. We were told that our elections were secure; and that the 2020 Election was the most secure election in history because:

Opposition to Demurrer p. 28

   LINE 46. HAVA The Help America Vote Act of 2002 mandated that all electronic voting systems be:

   1. tested by an EAC Accredited VSTL, Voting System Testing Lab;
   2. to EAC Federal Minimum Testing Standards,
   3. as evidenced by the issuance of an EAC Certificate of Conformance; and that
   4. the Federal Minimum Testing Standards were updated a minimum of every four years as mandated by HAVA.

Opposition to Demurrer p. 42

   LINE 83. In violation of 42 U.S.C. 208; 42 U.S.C. 203(a)(1); 42 U.S.C 203(a)(4);
            42 U.S.C. 203(b)(3)(A); and  42 U.S.C. 203(b)(3)(B):
            the EAC had:

   • no Commissioners from FY 2011 - FY 2014;
   • no quorum of Commissioners from FY 2010 - FY 2015;
   • no quorum of Commissioners again in FY 2018;

Opposition to Demurrer  p. 41

   LINE 77. The intent of HAVA was to have four Election Assistance Commissioners at
            all times, requiring a vote of three Commissioners to approve any action by
            the Agency. [such as Accrediting VSTLs, Certifying Voting Systems and
            voting to approve and adopt new Federal Minimum Testing Standards that
            were updated a minimum of every four years.]

   LINE 78. 42 U.S.C. 208. Requiring Majority Approval for Actions.

            Any action which the Commission is authorized to carry out under this Act

2

may be carried out only with the approval of at least three of its members.

LINE 79. 42 U.S.C. 203(a)(1). Membership and Appointment.

    (a) Membership..—

      (1) "In general-

        The Commission shall have four members appointed by the
President, by and with the advice and consent of the Senate."

LINE 80. 42 U.S.C 203(a)(4). Date of Appointment.—

    "The appointments of the members of the Commission shall be made not
later than 120 days after the date of the ~~enactment of this Act~~ [vacancy]."

LINE 81. 42 U.S.C. 203(b)(3)(A). Vacancies.—

    (a) "A vacancy on the Commission shall be filled in the manner in which
the original appointment was made and shall be subject to any
conditions which applied with respect to the original appointment
[appointment within 120 days of vacancy]

LINE 82.   42 U.S.C. 203(b)(3)(B). Expired Term.

    "A member of the Commission shall serve on the Commission after the
expiration of the member's term until the successor of such member has
taken office as a member of the Commission."

LINE 83. In violation of 42 U.S.C. 208; 42 U.S.C. 203(a)(1); 42 U.S.C 203(a)(4); 42
U.S.C. 203(b)(3)(A); and  42 U.S.C. 203(b)(3)(B):

- The EAC had no Commissioners from FY 2011 - FY 2014;
- One position was vacant from 2009 - 2019 (ten years)
- The EAC had no quorum of Commissioners from FY 2010 - FY 2015;
- The EAC had no quorum of Commissioners in FY 2018;



**Figure 2. Tenures of EAC Commissioners**

Sources: CRS, based on data from the EAC and Congress.gov.

LINE 84. In violation of 42 U.S.C. 204(a)(1);

- The EAC had no Executive Director FY 2011-2015;

LINE 85. In violation of 42 U.S.C. 204(a)(4).

- The EAC had no General Counsel from FY 2012 - FY 2015.
- The EAC had no Inspector General from FY 2012 - FY 2015.

LINE 86. The EAC Standards Board was suspended from 2012- 2015.

LINE 87. The EAC Board of Advisors was suspended from 2012- 2015.

LINE 88. The Technical Guidance Committee was suspended 2012- 2015

LINE 89. Without a quorum of Commissioners the EAC had no ability to vote to approve the Accreditation of VSTLs Voting System Testing Labs as mandated by 42 U.S.C. 231(b)(2)(A).

"The Commission shall vote on the accreditation of any laboratory under this section, taking into consideration the list submitted under paragraph (1), and no laboratory may be accredited for purposes of this section unless its accreditation is approved by a vote of the Commission."

LINE 90. Without a quorum of Commissioners the EAC had no ability to vote to approve EAC Federal Minimum Testing Standards which are mandated by HAVA to be updated no less frequently than every four years.

4

LINE 91. <u>42 U.S.C. 311(c)</u>. Adoption of Voluntary Guidance by Commission.

"(c) Quadrennial Update.-

"The Commission shall review and update recommendations

adopted with respect to section 301 [Voting System Standards] no less

frequently than once every 4 years."

LINE 92. In 2023 the EAC was still "Certifying Voting Systems" to VVSG 1.0

(2005) testing standards; in violation of <u>42 U.S.C. 311(c)</u>.

LINE 93.  HAVA is a Major Fraud that was perpetrated upon the American people.


**<u>Orange County Voters were denied their Right to have Their Vote Counted in
Violation of Ca.Const. art.2 sec.2.5</u>**

In the Declaration of Bob Page, Orange County Registrar of Voters in Support of  Real
Parties in Interests' Demurrer; on page 3, line 8, Bob Page states:

"Orange County uses the system Verity Voting 3.1, which has been certified by
the SOS."

According to the California Secretary of State website: "<u>Voting Technologies
Used by Counties</u>," Orange County used Hart Verity 3.1 in the following elections:

<u>November 8, 2022 General Election</u>

<u>June 7, 2022 Statewide Primary Election</u>

<u>September 14, 2021 Gubernatorial Recall Election</u>

<u>November 3, 2020 Presidential Election</u>

<u>March 3, 2020 Presidential Primary Election</u>

<u>November 6, 2018 General Election</u>

The EAC Terminated Hart InterCivic Verity Voting 3.1.0 on 06/19/2018. <u>EAC
Website Hart Verity Voting 3.1.0</u>.

On February 27, 2019 California Secretary of State Alex Padilla sent
<u>Memorandum #19015</u> to all County Clerks/ Registrar of Voters (CC/ROV) withdrawing
Certification Hart Verity Voting 3.1

5

September 10, 2019 OC Board of Supervisors Meeting Agenda Item #28 Orange County Board of Supervisors and Registrar of Voters Neal Kelley admit that Orange County does not have a State or Federally Certified Voting System; but voted to continue its use..

| AGENDA STAFF REPORT | ATTACHMENT A- CONTRACT MA-031-20010105 WITH HART | ATTACHMENT B- RISK ASSESSMENT FORM | ATTACHMENT C- FINAL SCORING SHEETS | ATTACHMENT D- CONTRACT SUMMARY FORM |

28.     **Registrar of Voters -** Approve contract MA-031-20010105 with Hart InterCivic, Inc., for voting equipment, software, firmware and hardware maintenance, support and services, three-year term ($15,395,592); renewable for two additional one-year terms ($355,571 per year); authorize County Procurement Officer or authorized Deputy to execute contract, make future non-material changes and exercise cost contingency increase not to exceed 10% under certain conditions - All Districts

45123   **APPROVED AS RECOMMENDED**
X

**BOARD AUDIO**

| at 31.10 | **"The Secretary of State Decertified our System for use in any election past February 2020."** |
| at 31.20 | "When the Board made the decision not to approve an RFP in 2017 it compressed the timeline. They do not have time to completely unwind the Hart system and replace it with any other system because there is not enough time. The only option would be to file an appeal with the Secretary of State to use the current system and delay the implementation of a new system. Now till November 12, 2019 (It is now September 10th, 2019) to have everything in place for candidate filings." |
| at 33:48 | "Time is of the Essence" should have been stressed long before today as this renders the Boards opinion moot. We have no choice but to go with Hart InterCivic. The Secretary of State's decision to decertify the current system caught us off guard." |
| at 34:45 | Supervisor Lisa Bartlett regarding the 11th hour. "Issues with pricing and discounts. The Board was not given the information needed to approve these contracts." |
| at 37:35 | Supervisor Chaffee: "Long term cost differences between the two vendors. Very similar costs. User Friendliness went to Hart. The current system has been Certified for over a year. Integration with the new Hart system is easier with existing pieces." |
| at 40:53 | "Neal Kelley admitted that he has never used the ES&S system and has never tested it. Timing is the reason Hart must be selected." |

| at 40:53 | Supervisor Andrew Do re: Brand new System or New System integrated with parts of the old? " Old & new combined. "Neal Kelley admitted that he has never engaged with the ES & S applications system so he can only speak to the Hart System". Andrew Do asks Neal Kelly "If we were to pick the ES&S system; given the November 20, 2019 date, it would make it impossible for us to bring in and integrate ES&S?" Answer: YES literally impossible." |
|---|---|
| at 46:18 | Supervisor Steel "The bidding process for other companies was irrelevant. Even if they won the bidding process you never intended to use them because of the time required for integration." |
| at 47:21 | Obsolete equipment - slowly taken out of service over the last 6 years. If a new system is selected it would not be ready for the 2020 Primary Election, but maybe for the 2020 General election. This would require us to Certify the March 2020 election and then start integrating a new system for the 2020 Presidential election. |
| at 48:31 | Hybrid Approach Central Count Solution- Mail in Ballots then use existing for in person voting. When the RFP went out Neal Kelley already knew no other bidder would be selected simply because of the time frame. CERTIFICATION is expected 23 or 24 (two weeks from today). |
| at 52:40 | Supervisor Lisa Bartlett - OC could have opted into the Voting Center Pilot program in 2018. Our voting equipment is at the end of life and we have had issues. At that time our Board was not prepared to join the Pilot. |
| at 54:45 | Supervisor Do - so there is a path forward for other vendors? Depend on stopping the decertification of the existing system. |
| at 56:56 | "The system that is currently in use and has been in use since 2003 is at its end of life." If that system is used there will be tremendous risk to the election. The risk is that the systems could fail, that there would be no parts to keep the motors running in the printers. The platform that it is currently running on is not even supported by Microsoft- they will not pick up the phone to support this system. I have been planning for a new system since 2014." |
| at 57:50 | Supervisor Chaffee:  Can we just go back to our old system?<br>"Neal Kelley- Orange county has already made the decision to switch to Vote Center model we can not return to Precinct Model. We would have to use existing equipment in a Vote Center model." |

7

| | |
|---|---|
| at 59:00 | Supervisor Lisa Bartlett Failing Equipment reminder none of that platform or equipment is supported even if I could get some of the machines to operate |
| at 1:00:00 | Lisa Bartlett- Can ES&S meet the time deadlines if they become Certified? Brian Hoffman of ES&S- different systems: *"Orange County is going towards an All Mail Ballot with a Vote Center configuration.Dallas has a different model. Universal Markup Ballot in a Precinct configuration. ES&S signed a contract with Dallas in early June and they are doing their first election in November (5 months). Contract process can be completed in less than 2 weeks."* |
| at 1:02:38 | Final Decision - the matter before the Board is whether or not to  approve the Hart Contract? *"Top manufacturer of Voting equipment (ESS) v Top Registrar of Voters (Neal Kelley recommending Hart InterCivic). The integrity of the RFP Process has to be sustained v. just lower price. Supervisor Do does not intend to support approval of the Hart contract in order to preserve the RFP process."* |
| at 1:07:29 | Neal Kelley final comment. Orange County does not have a Certified System for use in March. The Secretary of State has allowed us to use the decertified system for the November 2019 election but  we do not have any Certified System for the March 2020 election or thereafter. |
| at 1:09:20 | Neal Kelley: "You could have both vendors bring best and final offer. 180 Vote Centers what happens if equipment fails? Security Risks." |
| at 1:11:12 | Supervisor Doug Chaffee - Makes a motion to Approve Hart InterCivic contract. |
| at 1:14:15 | Supervisor Lisa Bartlett: *"Torn on which was to go"* |
| at 1:15:07 | Supervisor Andrew Do: "I will Backtrack based on the Reputation of Neal Kelley and approve the Hart InterCivic Contract because the integrity of our voting system is at stake." |
| at 1:15:13 | Supervisor Lisa Bartlett: *"Timing - Old Equipment - Decertification of our System and because the integrity of our voting system is at stake, I will approve the Hart InterCivic Contract. Admits that Neal Kelley was very upset when the Board did not vote to support Vote Centers over a year ago. Lisa Bartlett seconds Supervisor Chaffee's motion to approve the Hart InterCivic contract. "If timing was on our side we would have a lot more in the way of options"* |
| at 1:18:08 | Motion to passes to approve the Hart Contract |

Orange County voters were forced to vote on Hart Verity Vote 3.1 which was not Certified for use in Federal Elections in violation of Cal. Const. art.2 sec. 2.5 which states:

> "*A voter who casts a vote in an election in accordance with the laws of this State shall have that vote counted.*"

## Major Fraud. There were no EAC Accredited VSTLs FY 2012 - present.

From NIST Voting System Testing Labs that Have Applied to NVLAP

HAVA passed in FY 2002. FY 2003, FY 2004 and FY 2005 were transition years FEC VSS (1990) Testing and Certification to EAC VVSG 1.0 (2005) Testing. During the transition NIST ran the NVLAP National Voluntary Lab Accreditation Program which was HAVA mandated to end as of January 1, 2006 when all voting systems nationwide were to be tested and Certified to EAC VVSG 1.0 (2005). All HAVA mandates related to testing and Certification of voting systems were violated and all statutory deadlines were missed. The EAC did not Certify its first voting system until February 6, 2009; one year after Barack Obama was "SELECTED" to be President.

| Laboratory Name | Date of Application to NVLAP | Date of NIST Recommendation to EAC |
|---|---|---|
| SysTest Labs L.L.C., Denver, CO | August 25, 2005 | January 18, 2007 |
| iBeta Quality Assurance, L.L.C., Aurora, CO | February 14, 2006 | January 18, 2007 |
| InfoGard Laboratories, Inc., San Luis Obispo, CA | August 18, 2005 | May 11, 2007 |
| Wyle Laboratories, Huntsville, AL | August 10, 2006 | September 14, 2007 |
| Ciber Labs, Huntsville, AL | September 14, 2006 | June 12, 2008 |

| Lab | Accreditation | Status |
|---|---|---|
| SysTest 2005 EAC Annual Report p.10 #27 Approve SysTest | Certificate of Accreditation 02/28/07 - 02/28/09 Certificate of Accreditation | **Accreditation Expired 07/16/2011** **SysTest became SLI Compliance** |

9

| | | |
|---|---|---|
| Interim Accreditation<br><br>2007 EAC Annual Report p.13 | 07/16/09 - 07/16/11 | **and Applied for Accreditation in 2018 however there was no quorum of commissioners to vote to approve the 2018 Accreditation** |
| SLI formerly SysTest<br><br>**01/27/2021** Letter from EAC to SLI-<br><br>"Due to the outstanding circumstances posed by COVID-19, the renewal process for EAC laboratories has been delayed for an extended period. While this process continues, SLI retains its EAC VSTL accreditation."<br><br>**Violation of HAVA** | Certificate of Accreditation<br>01/10/18 - 01/10/21<br>**3 year term**<br>**Violation of HAVA**<br><br>Certificate of Accreditation<br>02/01/21 - until revoked<br>by the EAC<br>**Violation of HAVA**<br><br>Certificate of Accreditation<br>11/15/22 - until revoked<br>by the EAC<br>**Violation of HAVA** | **These are illegal accreditations EAC Staff rewrote HAVA law for Accreditations to remain in effect until the EAC revoked the Accreditation.**<br>**A direct violation of HAVA**<br><br>**07/22/21** Letter from EAC to VSTLs re: VSTL Certificates of Compliance<br><br>**"Due to administrative error** during 2017-2019, the EAC did not issue an updated certificate to Pro V&V causing confusion with some people concerning their good standing status. Even though the EAC failed to reissue the certificate, Pro V&V's audit was completed in 2018 and again in early 2021 as the scheduled audit of Pro V&V in 2020 was postponed due to COVID-19 travel restrictions. Despite the challenges outlined above, throughout this period, Pro V&V and SLI Compliance remained in good standing with the requirements of our program and retained their accreditation. **In addition, the EAC has placed appropriate procedures and qualified staff to oversee this aspect of the program ensuring the continued quality monitoring of the Testing and Certification program is robust and in place."** |

| Lab | Accreditation | Status |
|---|---|---|
| iBeta<br><br>2007 EAC Annual Report p.13<br><br>November 29, 2010 iBeta Letter withdrawing from the program | Certificate of Accreditation<br>02/28/07 - 02/28/09<br>Certificate of Accreditation<br>07/16/09 - 07/16/2011<br>**Withdrew 12/13/2010** | **Voluntarily Withdrew from Program Effective December 13, 2010** stating: "As a result of the actions taken by the EAC on August 17, 2010 iBeta no longer finds it practical to continue operation as a VSTL |

| Lab | Accreditation | Status |
|---|---|---|

10

| InfoGard Laboratories, Inc., <u>2007 Annual Report</u> p.7 #15 | <u>Certificate of Accreditation</u> 06/20/07- 06/20/09 | **Voluntarily withdrew 03/31/08** |

| Lab | Accreditation | Status |
|---|---|---|
| Wyle Laboratories <u>2005 Annual Report</u> p.10 #30  <u>2008 Annual Report</u> p. 25 | <u>Certificate of Accreditation</u> 10/04/07- 10/04/09 <u>Certificate of Accreditation</u> 05/04/10- 04/27/12 | **Accreditation Expired 04/27/2012 There was no quorum of Commissioners to vote to approve another 2 year Accreditation.** |

| Lab | Accreditation | Status |
|---|---|---|
| Ciber <u>2008 Annual Report p. 25</u> There is no EAC Tally Vote recorded to Accredit Ciber | <u>Certificate of Accreditation</u> 10/04/07- 10/04/09 <u>Certificate of Accreditation</u> 05/04/10- 04/27/12 | **Accreditation Expired 04/27/2012 There was no quorum of Commissioners to vote to approve another 2 year Accreditation** |

| Lab | Accreditation | Status |
|---|---|---|
| Pro V & V <u>Correspondence</u> 08/01/12: <u>Pro V&V Letter of Agreement</u>  08/02/12: <u>NIST Recommends Pro V&V</u>  **No Action Taken FY 2012, FY 2013, FY 2014 because the EAC did not exist in legal form.**  **FY 2015 a quorum of EAC Commissioners was re-established.**  **FY 2018 a quorum of EAC Commissioners was lost again.**  **FY 2019 a quorum of EAC Commissioners was re-established.**  **No Action Taken FY 2020**  02/24/15 EAC issues Pro V&V <u>Certificate of Accreditation</u> | <u>Certificate of Accreditation</u> 02/24/15- 02/24/17 **ILLEGAL ACCREDITATIONS**  <u>Certificate of Accreditation</u> 02/24/15 - 02/01/21  *"Original Accreditation Issued on: 2/24/2015"*  *"Accreditation remains effective until revoked by a vote of the EAC pursuant to 52 U.S.C. § 20971(c)(2)."*  **Violation of HAVA** | Pro V&V received Accreditation 02/24/15 **Accreditation Expired on 02/24/17**  The EAC took no Action to renew Pro V&V Accreditation in FY 2017.  There was no quorum of Commissions in FY 2018 to vote to Accredit Pro V&V  The EAC took no Action to renew Pro V&V Accreditation in FY 2018, FY 2019, or FY 2020  FY 2021 the EAC declared that Pro V&V had remained accredited since 2015 and issued a new Certificate of Accreditation stating: "Due to the outstanding circumstances posed by COVID-19, the renewal process for EAC laboratories has been delayed for an extended period. While this process continues, ProV&V retains its EAC VSTL Accreditation."  07/22/21 <u>Letter from EAC to VSTLs</u> re: VSTL Certificates of Compliance  **"Due to administrative error** during |

| | | |
|---|---|---|
| 01/27/21 Letter from EAC to Pro V&V re: EAC VSTL Accreditation.<br><br>02/01/21 EAC issues a **RETROACTIVE** Certificate of Accreditation to Pro V&V for 02/24/15 - 02/01/21.<br>    **Violation of HAVA**<br><br>03/10/21 Pro V&V Certification of Conditions and Practices<br><br>03/10/21 Pro V&V Letter of Agreement<br><br>07/22/21 Letter from EAC to VSTLs re: VSTL Certificates and Accreditation<br><br>12/21/22 EAC issues Pro V&V Certificate of Accreditation that never expires unless the EAC revokes it.<br>    **Violation of HAVA** | | 2017-2019, the EAC did not issue an updated certificate to Pro V&V causing confusion with some people concerning their good standing status. Even though the EAC failed to reissue the certificate, Pro V&V's audit was completed in 2018 and again in early 2021 as the scheduled audit of Pro V&V in 2020 was postponed due to COVID-19 travel restrictions. Despite the challenges outlined above, throughout this period, Pro V&V and SLI Compliance remained in good standing with the requirements of our program and retained their accreditation. **In addition, the EAC has placed appropriate procedures and qualified staff to oversee this aspect of the program ensuring the continued quality monitoring of the Testing and Certification program is robust and in place."**<br>    **Violation of HAVA**<br><br>12/21/22 EAC issues Pro V&V Certificate of Accreditation that never expires unless a quorum of Commissioners votes to revoke it.<br>    **Violation of HAVA** |

Opposition to Demurrer: p.43

LINE 89: 42 U.S.C. 231(b)(2)(A). Without a quorum of Commissioners the EAC had no ability to vote to approve the Accreditation of VSTLs Voting System Testing Labs as mandated by 42 U.S.C. 231(b)(2)(A).

Opposition to Demurrer: Exhibit "C" p.101

Voting System Test Laboratory Program Manual Version 1.0 p.35

    3.8. Expiration and Renewal of Accreditation.

        "A grant of accreditation is valid for a period not to exceed two years. A VSTL's accreditation expires on the date annotated on the Certificate of Accreditation."

Voting System Test Laboratory Program Manual Version 2.0 p.40

    "Expiration and Renewal of Accreditation. A grant of accreditation is valid for a period not to exceed two years. A VSTL's accreditation expires on the date annotated

on the Certificate of Accreditation. VSTLs in good standing shall renew their accreditation by submitting an application package to the Program Director, consistent with the procedures of Section 3.4 of this Chapter, no earlier than 60 days before the accreditation expiration date and no later than 30 days before that date. Laboratories that timely file the renewal application package shall retain their accreditation while the review and processing of their application is pending. 3.9. Denial of Accreditation. Upon a vote of the EAC Commissioners not to accredit a laboratory, the Testing and Certification Program Director shall inform the laboratory of the decision and post relevant information on the EAC Web site. VSTLs in good standing shall also retain their accreditation should circumstances leave the EAC without a quorum to conduct the vote required under section 3.5.5."

EAC Staff has no authority to make or change law. U.S. Const. Art.1. Sec.8 Cl. 18: The Necessary and Proper Clause.


**Seditious Conspiracy**

The HAVA Law was a 20 year Seditious Conspiracy to Federalize US Elections Without the Knowledge and Consent of the People. This was presented to the OC Board of Supervisors on September 25, 2022 in Public Comment OC Board of Supervisors Video at 2:35:17

Opposition to Demurrer: p.49

LINE 99. On September 25, 2022 Agenda Item #25 the Board adopted Resolution No.

20-134 **retroactively** approving the Federalization of Orange County Elections **without the consent of the People**.

The Resolution authorized Former Registrar of Voters Neal Kelley or his designee to execute State of California Standard Agreement No. 20G26130 Federal HAVA funds for COVID-19 related election activities.

The Board authorized Neal Kelley or his designee, to enter into and make changes to this agreement **without further Board Action** abdicating

your responsibility; to the Registrar of Voters or his designee. Violation 5 U.S.C. § 3331: Oath of Office.

Through these contracts, the County of Orange and the State of California have delegated its authority to manage and conduct elections to the federal government **without the Consent of the People**. Because these agreements for services were done behind closed doors without any public input, the County of Orange has allowed the federal government to improperly usurp the authority of the state of California to manage its own elections in violation of the Article I, Section 4 of the US Constitution, the Tenth Amendment to the US Constitution and Article 2 sec 2.5 of the California Constitution which states:

*"A voter who casts a vote in an election in accordance with the laws of this State shall have that vote counted."*

## Foreign Interference with U.S. Elections

Opposition to Demurrer: p.51

LINE 105. The designation of "election infrastructure" as part of the nation's critical infrastructure has allowed DHS, through its Cybersecurity and Infrastructure Security Agency ("CISA"); with the assistance of the Election Assistance Commission ("EAC") to contract with private corporations like CIS, Inc. and foreign non-profits to contract with federal entities to obscure federal control over state elections.

LINE 106. The following foreign non-profits represent foreign interference with US elections.

Critical Infrastructure Activities by Organization

| EAC Election Assistance Commission | CDT Center for Democracy and Technology (InfluenceWatch) | CIS Center for Internet Security (InfluenceWatch) | CSG Counsel of State Governments (InfluenceWatch) | Defending Digital Democracy Project (D3P) at the Belfer Center, Harvard University | iGO International Association of

Government Officials | NASCIO National Association of State Chief Information Officers | NASS National Association of Secretaries of State (InfluenceWatch) | NCSL National Conference of State Legislatures | NGA National Governors Association, Center for Best Practices |

## **Congressional Findings of Fact**

LINE 94: H.R. 1994 (113th Congress): Election Assistance Commission Termination Act **On December 12, 2013 Congressional Findings of Fact were Committed to the Committee of the Whole House on the State of the Union and ordered to be printed:**

1. Short title; findings(a) Short title

   This Act may be cited as the Election Assistance Commission Termination Act.

   (b) Findings.

   Congress finds the following:

   (1) The Help America Vote Act of 2002 (HAVA) authorized annual appropriations of not more than $10,000,000 for the Election Assistance Commission (EAC) for fiscal years 2003, 2004, and 2005. Funding for additional years has not been authorized, and in fiscal year 2011 the EAC's budget grew to nearly $18,000,000. [In 2023 it was $30,000,000.]

   (2) Between 2007 and 2011, the number of staff at the EAC grew from 26 to 48 without an increase in statutory responsibility.

   (3) 55 percent of the EAC's fiscal year 2014 budget request is devoted to management costs, the third consecutive year for which management costs have exceeded one-half of the EAC's budget.

   (4) The EAC has distributed more than $3.2 billion in election reform grants to the States. The most recent year for which appropriations for

these grants were enacted or were requested in the President's annual budget was fiscal year 2010.

(5) The EAC last issued voluntary voting system guidelines in 2005. A total of 11 voting systems currently hold a certification from the EAC.

(6) The research division of the EAC has substantially completed the reports required by HAVA.

(7) The National Association of Secretaries of State adopted resolutions calling for the dissolution of the EAC in 2005 and 2010.

(8) The EAC has not had a quorum of commissioners since December 2010, and has not had any commissioners since December 2011. The EAC has not had an Executive Director since December 2011, and has not had a General Counsel since May 2012.

(9) The existence of the EAC is not necessary to the conduct of Federal elections and is an unnecessary expenditure of taxpayer funds. Any functions of the EAC worth continuing can be performed by other government entities, consortia of government entities, or private associations.

**Misprision of Treason**

The following entities knew that these electronic voting systems were not being tested and certified; and that HAVA and the EAC was a fraud perpetrated upon the American People. The Misprision of Treason went to the highest office in the Land as evidenced by a letter from Mark A. Robbins, General Counsel and Acting Executive Director for the EAC to President Barack Obama and Speaker of the House Boehner.

REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK
LETTER IS ON NEXT PAGE

16



**U.S. ELECTION ASSISTANCE COMMISSION**
1201 NEW YORK AVENUE, N.W., SUITE 300
WASHINGTON, D.C. 20005

February 13, 2012

**SUBJECT:** Transmittal of the FY 2013 Interim Congressional Budget Justification and
FY 2011 Annual Performance Report

Dear Mr. President and Mr. Speaker:

Attached please find the U.S. Election Assistance Commission (EAC) FY 2013 Interim
Congressional Budget Justification and FY 2011 Annual Performance Report, supporting the request
contained in the FY 2013 President's Budget.

Please note that since December 11, 2010, EAC has lacked a quorum of Commissioners necessary to
do certain business, including the adoption of a formal budget justification. However, in order to
meet our responsibility to submit to Congress timely information regarding our budget request, we
submit the necessary information that would be contained in a formal justification but for the lack of
a quorum. It is our intention to formally submit this document and its attachment to the Commission
for a ratification tally vote once a quorum has been re-established.

We further wish to note that pending the re-establishment of a quorum, and in light of the present
fiscal situation facing the Federal government, EAC staff continues its work on a structural
reorganization of the Commission that will allow the agency to meet its statutory obligations in an
effective and efficient manner with less resources.

When EAC first became operational in 2004, the small staff concentrated on the agency's statutory
responsibilities to disburse initial Help America Vote Act funds to the states, and conduct mandated
studies. As a result, the Commission received criticism that it was not certifying voting systems
quickly enough and was not meeting some of the standard responsibilities of every Federal agency.
Consequently, EAC responded by hiring staff with specific skill sets who established sound
operating procedures in nearly all areas of operation. The agency is now in a position to continue
exercising its responsibilities with fewer resources.

We look forward to working with Congress and the Administration in the development of the
agency's FY 2013 budget.

Sincerely,

Mark A. Robbins

Mark A. Robbins
General Counsel and Acting Executive
Director

Attachment

Tel: (202) 566-3100    www.eac.gov    Fax: (202) 566-3127
Toll free: 1 (866) 747-1471

17

## **Violation of the Anti-Deficiency Act**

Opposition to Demurrer: p.46

LINE 95.  On January 25, 2012 Mark Robbins, EAC's general counsel and acting
Executive Director, issued a memo suspending all activities of the
Standards Board, the Board of Advisors and TGDC. The memo noted that a
commission chair was required to appoint a Designated Federal Officer
(DFO) for the Standards Board and Board of Advisors (a requirement under
the Federal Advisory Committee Act). Because EAC no longer had any
Commissioners, the Commission did not have a chair to appoint the DFOs.
As such, **Robbins requested that the Standards Board and Board of
Advisors refrain from all official business until further notice and that
no expense be incurred to which EAC will be liable.**" Mr. Robbins noted
in the memo that it was unlikely that the Senate would confirm any new
commissioners in 2012 Mr. Robbins resigned in May 2012. As the EAC
remained without commissioners, Agency Staff carried out various
operational functions but could not make policy decisions."

LINE 96.  EAC staff did not refrain from all official business and in conjunction with
NIST and Advisory Board Members continued to appropriate funding for
EAC Operations.  The EAC was Authorized $10,000,000 per year for FY
2003, 2004, 2005. All other Appropriations ($204,564,953) violate 31
U.S.C. 1341. Limitations on expending and obligating amounts-
"Anti-deficiency Act". Total Funds illegally appropriated $210,511,822

| Year | Appropriation | Year | Appropriation | Year | Appropriation |
|------|--------------|------|--------------|------|--------------|
| FY 2003 | $2,000,000 | FY 2010 | *$17,959,000 | FY 2017 | $9,600,000 |
| FY 2004 | $1,200,000 | FY 2011 | *$16,267,400 | FY 2018 | *$10,100,000 |
| FY 2005 | $13,800,000 | FY 2012 | *$11,500,000 | FY 2019 | $9,200,000 |
| FY 2006 | $14,058,000 | FY 2013 | *$11,000,000 | FY 2020 | $15,171,000 |
| FY 2007 | $16,200,000 | FY 2014 | *$10,000,000 | FY 2021 | $17,000,000 |
| FY 2008 | $16,397,422 | FY 2015 | $10,000,000 | FY 2022 | $22,833,531 |

18

| FY 2009 | $17,959,000 | FY 2016 | $8,100,000 | FY 2023 | $30,087,000 |

**Illegal Appropriations are in Blue. *Lack of Quorum of Commissioners"**

## RICO

**TABLE OF APPROPRIATIONS 2003 - present**

**FY 2002**

**(P.L. 107-252) Help America Vote Act (2002)**

**FY 2003**

**12/17/2014** CRS20898

**02/23/2023** CRS R5770 p.6

**H.J.Res.2** H.Rept 108-10, **(**P.L. 108-7**) Consolidated Appropriations Act 2003**

| | | |
|---|---|---|
| EAC: Salaries and Expenses | | $2,000,000 |
| EAC: Election Reform Programs | | $833,000,000 |
| EAC: Requirements Payments | $830,000,000 | |
| EAC: Help America Vote College Program<br>Transferred to Help America Vote Foundation | ~~$1,500,000~~ | |
| EAC: Help America Vote Foundation | $1,500,000 | |
| General Services Administration: DIsbursed to States June 2003 | | $650,000,000 |
| GSA Administrative Costs | $50,000,000 | |
| 50% Election Administration Improvement | $300,000,000 | |
| 50% Voting System Replacement | $300,000,000 | |
| Department of Health and Human Services: DIsabled Voter Services | | $15,000,000 |
| Disabled Voter Access | $13,000,000 | |

| Disabled Voter Protection and Advocacy | $2,000,000 | |
|---|---|---|
| Total | | **$1,500,000,000** |

## FY 2004

<u>CRS R5770</u> **p.6 Footnote j**

(<u>H.Rept. 108-401</u>), (<u>P.L. 108-199</u>) **Consolidated Appropriations Act, (2004)**

Election Assistance Commission

SALARIES AND EXPENSES

**The conferees agree to provide $1,200,000,** instead of $5,000,000 as proposed by the House and no funding as proposed by the Senate. The conferees agree to provide the amount as a separate appropriation as proposed by the House.

ELECTION REFORM PROGRAMS (INCLUDING TRANSFER OF FUNDS)

**The conferees agree to provide $500,000,000 for Election Reform Programs,** instead of $1,500,000,000 as proposed by the Senate and $495,000,000 as proposed by the House. Consistent with language proposed by the House, the conferees agree to provide that the General Services Administration will have the authority to administer available funds, including the funds appropriated in this Act, until the establishment of the Election Assistance Commission. **The conferees agree to provide that no more than $100,000 shall be available to GSA for administrative expenses.** Within the amount provided, **the conferees also agree to provide $750,000 for the Help America Vote Foundation, $750,000 for the Help America Vote College Program,** and **$200,000 for the National Student/Parent Mock Election,** all of which are authorized by the Help America Vote Act.

| EAC: Salaries and Expenses | | $1,200,000 |
|---|---|---|
| EAC: Requirements Payments | | $1,000,000,000 |
| EAC: Election Reform Programs | | $500,000,000 |
| EAC: Mock Election | $200,000 | |
| EAC: Help America Vote Foundation | $750,000,000 | |
| EAC: Help America Vote College Program | $750,000,000 | |

20

| | |
|---|---|
| Department of Health and Human Services: Disabled Voter Accessibility Grants | $10,000,000 |
| Department of Health and Human Services: Disabled Voter Protection & Advocacy Grants | $5,000,000 |
| Total | **$1,516,200,000** |

## FY 2005

**10/24/2008** CRS Report RS20898

**12/17/2014** CRS Report RS20898

H.R. 4818: Election Reform of 2005

| | | |
|---|---|---|
| EAC: Salaries and Expenses | | $14,000,000 |
| Of which $2,800,000 shall be transferred to NIST | | |
| EAC: Requirements Payments | | $40,000,000 |
| EAC: Election Reform Programs | | $15,000,000 |
| EAC: Mock Election | $200,000 | |
| EAC: Help America Vote College Program | $200,000 | |
| Department of Health and Human Services: Disabled Voter Accessibility Grants | | $15,000,000 |
| Department of Health and Human Services: Disabled Voter Protection & Advocacy Grants | | $5,000,000 |
| Total | | **$89,000,000** |

## FY 2006

**10/24/2008** CRS Report RS20898

**12/17/2014** CRS Report RS20898

(P.L. 109-115) **Consolidated Appropriations Act of, 2006**

The joint explanatory statement accompanying the FY2006 appropriations act (H.Rept. 109-307; P.L. 109- 115) stated that the conferees encouraged the EAC to apply $250,000 of the funding it received for Salaries and Expenses to the Help America Vote College Program.

| | |
|---|---|
| EAC: Salaries and Expenses | $14,200,000 |

| | |
|---|---|
| Of which $2,800,000 shall be transferred to NIST | |
| Of which "encourage" Mock Election $250,000? | |
| Department of Health & Human Services: Accessibility payments | $13,500,000 |
| Department of Health & Human Services: Protection & Advocacy | $8,600,000 |
| (Encouraged) Election Assistance Commission: Mock Election | |
| Total | **$36,300,000** |

## FY 2007

**12/17/2014** CRS Report RS20898

**(P.L. 110-5) Consolidated Appropriations Act of, 2007**

| | |
|---|---|
| EAC: Salaries and Expenses | $16,236,000 |
| Of which $4,950,000 shall be transferred to NIST | |
| GSA: Government Services Administration:  Operating Expenses | $82,975,000 |
| Office of Inspector General | $52,312,000 |
| Department of Health & Human Services: Accessibility payments | $10,890,000 |
| Department of Health & Human Services: Protection & Advocacy | $4,830,000 |
| Total | **$167,243,000** |

## FY 2008

**12/17/2014** CRS Report RS20898

CRS R5770 p.6 **Election Data Collection related to the 2008 Election**

CRS R5770 p.6 **Footnote J Requirements Payments**

**(P.L. 110-161) Consolidated Appropriations Act of, 2008**

U.S. Election Assistance Commission Cumulative Expenditures April 2003-December 2010 p.17

| | |
|---|---|
| EAC: Salaries and Expenses | $16,530,000 |
| Of which $3,250,000 shall be transferred to NIST | |
| EAC: Requirements Programs | $115,000,000 |

| EAC: Data Collection Grants | $10,000,000 | |
|---|---|---|
| EAC:  Mock Election | $200,000 | |
| Department of Health & Human Services: Accessibility payments | | $12,370,000 |
| Department of Health & Human Services: Protection & Advocacy | | $4,830,000 |
| Total | | **$148,730,000** |

## FY 2009
12/17/2014 CRS Report RS20898
(P.L. 111-8)  Consolidated Appropriations Act of, 2009

| EAC: Salaries and Expenses | | $17,959,000 |
|---|---|---|
| Of which $4,000,000 shall be transferred to NIST | | |
| EAC:  Requirements Programs Reform Programs | | $100,000,000 |
| EAC: Requirements Programs | | $6,000,000 |
| EAC:: Research to improve Voting Technology | $5,000,000 | |
| EAC: Pilot Program Voting System Testing and Certification before and after elections             $1,000,000 | | |
| EAC: Mock Election | $300,000 | |
| EAC: Help America Vote College Program | $750,000 | |
| Department of Health & Human Services: Accessibility payments | | $12,200,000 |
| Department of Health & Human Services: Protection & Advocacy | | $5,300,000 |
| Total | | **$141,459,000** |

## FY 2010
12/17/2014 CRS Report RS20898 p.12
(P.L. 111-117) Consolidated Appropriations Act of, 2010

| Election Assistance Commission: Salaries and Expenses | | $17,959,000 |
|---|---|---|
| Of which $3,500,000 shall be transferred to NIST | | |
| EAC: Help America  Vote College  Program | $750,000 | |
| EAC: Mock Election | $300,000 | |

| | |
|---|---|
| Election Assistance Commission: Requirements Programs Authorized only for complying with MOVE Act (2009) CRS R45770 Footnote i. | $70,000,000 |
| EAC: Election Reform Programs | $5,000,000 |
| EAC: Research Voting Technology Improvements      $3,000,000 | |
| EAC: Pilot Program for pre-election logic and Accuracy testing and post election voting system Verification      $2,000,000 | |
| Department of Health & Human Services: Accessibility payments | $12,150,000 |
| Department of Health & Human Services: Protection & Advocacy | $5,200,000 |
| Total | **$110,309,000** |

## FY 2011

**12/17/2014** CRS Report RS20898 **p.12**

**(P.L. 111-117) H.R. 1473, the Department of Defense and Full-Year Continuing Appropriations Act, 2011**

CRS R5770 **p.6** Footnote k Requirements Payments. The EAC made some funding for requirements payments available for FY2011 from returned funds. EAC, *Memorandum Re: 2011 Requirements Payments Disbursements*, May 13, 2014  [Broken Link] (CSR Report p.8 Footnote k**)**

**10/05/2022** CRS R46646 **p.6** Appropriations for **FY2007** and **FY2011** for the HAVA grant programs administered by the U.S. Department of Health and Human Services (HHS) were included in general budget authority for the Administration for Children and Families' Children and Families Services programs. Information about the funding HHS reported awarding for grants for those fiscal years is available in congressional budget justifications from the Administration for Children and Families. Administration for Children and Families, *Archived Congressional Budget Justifications FY 2012-2004*, June 29, 2012, at https://www.acf.hhs.gov/archive/olab/resource/archived-congressional-budget-justifications-fy-2012-2004.

| | |
|---|---|
| EAC: Salaries and Expenses | $17,959,000 |
| Of which $3,500,000 shall be transferred to NIST | |
| EAC: Help America  Vote College  Program      $750,000 | |

| | |
|---|---|
| EAC: Mock Election                                              $300,000 | |
| Department of Health & Human Services: Accessibility payments | ? |
| Department of Health & Human Services: Protection & Advocacy | ? |
| Total | ? |

**FY 2012**

**12/17/2014** CRS Report RS20898 **p.13**

(P.L. 112-74)

| | |
|---|---|
| Election Assistance Commission: Salaries and Expenses | $11,500,000 |
| Of which $2,750,000 shall be transferred to NIST | |
| Office Of Inspector General | $1,250,000 |
| Department of Health & Human Services: Accessibility payments | ? |
| Department of Health & Human Services: Protection & Advocacy | $5,200,000 |
| Total | ? |

**FY 2013**

**12/17/2014** CRS Report RS20898 **p.13**

(P.L. 113-6) **Consolidated and Further Continuing Appropriations Act of, 2013**

  For FY2013, the President's budget request included $11.5 million for the EAC, of which $2.75 million was to be transferred to NIST and $1.3 million was for the Office of the Inspector General. Funding was provided under a continuing resolution, P.L. 112-175, until March 2013, when it was superseded by P.L. 113-6, the Consolidated and Further Continuing Appropriations Act, 2013. Under the President's sequester order, appropriations under the law were reduced for all federal agencies, although the specific amounts of the reductions are not known. The House and Senate reports for FY2014 appropriations for Financial Services and General Government both note that the FY2013 **appropriation for the EAC was $11.5 million before the sequester reduction**.

**10/5/2022** CRS Report R46949 **p. 10  Footnote j: p.11**  Starting with the Consolidated Appropriations Act, 2014 (P.L. 113-76), appropriations for new funding for HAVA grant programs administered by HHS have been included in general budget authority for the **Administration for Community Living's Aging and Disability Services programs.** The appropriations acts

reference both the polling place accessibility grant program and the P&A system grant program, but, according to HHS, only the **P&A system grant program has been funded during that period**. The specific totals HHS has reported awarding for P&A system grants each year are available from the Administration for Community Living at https://acl.gov/about-acl/help-america-vote-act-hava.

| | |
|---|---:|
| Election Assistance Commission: Salaries and Expenses | $11,500,000 |
| Of which $2.750,000 shall be transferred to NIST | |
| Department of Health & Human Services: Accessibility payments | -0- |
| Department of Health & Human Services: Protection & Advocacy | $5,200,000 |
| Total | **$16,700,000** |

## FY 2014
**12/17/2014** CRS Report RS20898 **p.13**
**(H.R. 3547) The Consolidated Appropriations Act of 2014**
> For FY2014, the President's budget request included $11.0 million for the EAC, of which $2.75 million of that amount was to be transferred to NIST for its work on testing guidelines for voting system hardware and software. **The House Committee on Appropriations recommended eliminating the EAC and provided no funding for the agency**; the Senate Committee on Appropriations would have provided $11.0 million for the EAC, with $2.75 million to be transferred to NIST. **The Consolidated Appropriations Act of 2014 (H.R. 3547) provided $10.0 million for the EAC, including $1.9 million for NIST.**

**10/5/2022** CRS Report R46949 **p. 10  Footnote j: p.11** Starting with the Consolidated Appropriations Act, 2014 (P.L. 113-76), appropriations for new funding for HAVA grant programs administered by HHS have been included in general budget authority for the **Administration for Community Living's Aging and Disability Services programs.** The appropriations acts reference both the polling place accessibility grant program and the P&A system grant program, but, according to HHS, only the **P&A system grant program has been funded during that period**. The specific totals HHS has reported awarding for P&A system grants each year are available from the Administration for Community Living at https://acl.gov/about-acl/help-america-vote-act-hava.

**AIDD Help America Vote Act HAAVA) Awards for the States/Territories FY 2014 Annual**

**Allocation.**

| | |
|---|---|
| Election Assistance Commission: Salaries and Expenses | $10,000,000 |
| Of which $1,900,000 shall be transferred to NIST | |
| Department of Health & Human Services: Accessibility payments | -0- |
| Department of Health & Human Services: Protection & Advocacy | $4,615,590 |
| Total | **$14,615,590** |

## FY 2015

H.R. 5016

   For FY2015, the President's budget request includes $10.0 million for the EAC, with $1.9 million of that amount to be transferred to NIST for its work on testing guidelines for voting system hardware and software. **The House Committee on Appropriations recommended <u>eliminating the EAC</u> and provided no funding for the agency in H.R. 5016, which passed the House on July 17, 2014.**
10/05/2022 CRS Report R46646 p.6

   **Footnote c**. Starting with the Consolidated Appropriations Act, 2014 (P.L. 113-76), appropriations for new funding for HAVA grant programs administered by the U.S. Department of Health and Human Services (HHS) have been included in general budget authority for the Administration for Community Living's Aging and Disability Services programs. The appropriations acts reference both the polling place accessibility grant program and the P&A system grant program, but, **according to HHS, only the P&A system grant program has been funded during that period**. The specific totals HHS has reported awarding for P&A system grants each year are available from the Administration for Community Living at https://acl.gov/about-acl/help-america-vote-act-hava.

**AIDD Help America Vote Act HAAVA) Awards for the States/Territories FY 2015  Annual Allocation**

| | |
|---|---|
| Election Assistance Commission: Salaries and Expenses | -0- |
| Of which shall be transferred to NIST | |
| Total | -0- |

| Department of Health & Human Services: Accessibility payments | -0- |
| Department of Health & Human Services: Protection & Advocacy | $4,615,590 |
| Total | $4,615,590 |

## FY 2016

(P.L. 114-113) **The Consolidated Appropriations Act of 2016**
**10/05/2022** CRS Report R46646 **p.6**

> **Footnote c**. Starting with the Consolidated Appropriations Act, 2014 (P.L. 113-76), appropriations for new funding for HAVA grant programs administered by the U.S. Department of Health and Human Services (HHS) have been included in general budget authority for the Administration for Community Living's Aging and Disability Services programs. The appropriations acts reference both the polling place accessibility grant program and the P&A system grant program, but, **according to HHS, only the P&A system grant program has been funded during that period**. The specific totals HHS has reported awarding for P&A system grants each year are available from the Administration for Community Living at https://acl.gov/about-acl/help-america-vote-act-hava.

**AIDD Help America Vote Act HAAVA) Awards for the States/Territories** FY 2016 **Annual Allocation**

| Election Assistance Commission: Salaries and Expenses | $9,600,000 |
| Of which $1,500,000 shall be transferred to NIST | |
| Department of Health & Human Services: Accessibility payments | |
| Department of Health & Human Services: Protection & Advocacy | $4,605,409 |
| Total | $14,205,409 |

## FY 2017

**10/05/2022** CRS Report R46646 **p.6, 12**
(P.L. 115-141)

> **Footnote c**. Starting with the Consolidated Appropriations Act, 2014 (P.L. 113-76), appropriations for new funding for HAVA grant programs administered by the U.S. Department of Health and Human Services (HHS) have been included in general budget authority for the Administration for Community Living's Aging and Disability Services programs. The

appropriations acts reference both the polling place accessibility grant program and the P&A system grant program, but, **according to HHS, only the P&A system grant program has been funded during that period**. The specific totals HHS has reported awarding for P&A system grants each year are available from the Administration for Community Living at https://acl.gov/about-acl/help-america-vote-act-hava.

**AIDD Help America Vote Act HAAVA) Awards for the States/Territories FY 2017  Annual Allocation**

| | |
|---|---|
| Election Assistance Commission: Salaries and Expenses | |
| EAC: General Improvement Grants: Lever Punch card and voting system replacement grant program | $380,000,000 |
| Of which $1,500,000 shall be transferred to NIST | |
| Department of Health & Human Services: Accessibility payments | -0- |
| Department of Health & Human Services: Protection & Advocacy | $4,582,836 |
| Total | $384,582,836 |

| | |
|---|---|
| Election Assistance Commission: Salaries and Expenses | -0- |
| Of which shall be transferred to NIST | |
| Department of Health & Human Services: Accessibility payments | -0- |
| Department of Health & Human Services: Protection & Advocacy | $4,605,409 |
| Total | $4,605,409 |

**FY 2018**

10/05/2022 CRS Report R46646 p.6, 12

**(P.L. 115-141)**

   **Footnote c**. Starting with the Consolidated Appropriations Act, 2014 (P.L. 113-76), appropriations for new funding for HAVA grant programs administered by the U.S. Department of Health and Human Services (HHS) have been included in general budget authority for the Administration for Community Living's Aging and Disability Services programs. The appropriations acts reference both the polling place accessibility grant program and the P&A system grant program, but, **according to HHS, only the P&A system grant program has been funded during that period**. The specific totals HHS has reported awarding for P&A

system grants each year are available from the Administration for Community Living at
https://acl.gov/about-acl/help-america-vote-act-hava.

**AIDD Help America Vote Act HAAVA) Awards for the States/Territories FY 2018 Annual Allocation**

| Election Assistance Commission: Salaries and Expenses | |
|---|---:|
| EAC: General Improvement Grants: Lever Punch card and voting system replacement grant program | $380,000,000 |
| Of which $1,500,000 shall be transferred to NIST | |
| Department of Health & Human Services: Accessibility payments | -0- |
| Department of Health & Human Services: Protection & Advocacy | 6,459,727 |
| Total | $386,459,727 |

**FY 2019**
**10/05/2022 CRS Report R46646 p.6, 12**
**(P.L. 115-141)**

      **Footnote c**. Starting with the Consolidated Appropriations Act, 2014 (P.L. 113-76), appropriations for new funding for HAVA grant programs administered by the U.S. Department of Health and Human Services (HHS) have been included in general budget authority for the Administration for Community Living's Aging and Disability Services programs. The appropriations acts reference both the polling place accessibility grant program and the P&A system grant program, but, **according to HHS, only the P&A system grant program has been funded during that period**. The specific totals HHS has reported awarding for P&A system grants each year are available from the Administration for Community Living at https://acl.gov/about-acl/help-america-vote-act-hava.

**AIDD Help America Vote Act HAAVA) Awards for the States/Territories FY 2018 Annual Allocation**

| Election Assistance Commission: Salaries and Expenses | |
|---|---:|
| EAC: General Improvement Grants: Lever Punch card and voting system replacement grant program | $380,000,000 |

| | |
|---|---:|
| Of which $1,500,000 shall be transferred to NIST | |
| Department of Health & Human Services: Accessibility payments | -0- |
| Department of Health & Human Services: Protection & Advocacy | 6,459,727 |
| Total | $386,459,727 |

**Date FY 2020**

**CRS Report R46646 p.6**

**CRS R5770 p.6,  Footnote E, F p.8**

**(P.L. 116-93) Consolidated Appropriations Act of 2020 $425,000,000**

**(P.L. 116-36) CARES Act $400,000**

**10/05/2022 CRS Report R46646 p.6, 12**

**(P.L. 115-141)**

      **Footnote c.** Starting with the Consolidated Appropriations Act, 2014 (P.L. 113-76), appropriations for new funding for HAVA grant programs administered by the U.S. Department of Health and Human Services (HHS) have been included in general budget authority for the Administration for Community Living's Aging and Disability Services programs. The appropriations acts reference both the polling place accessibility grant program and the P&A system grant program, but, **according to HHS, only the P&A system grant program has been funded during that period**. The specific totals HHS has reported awarding for P&A system grants each year are available from the Administration for Community Living at https://acl.gov/about-acl/help-america-vote-act-hava

**AIDD Help America Vote Act HAAVA) Awards for the States/Territories FY 2020  Annual Allocation**

| | |
|---|---:|
| Election Assistance Commission: Salaries and Expenses | -0- |
| Of which shall be transferred to NIST | |
| EAC: General Improvement Grants: Lever Punch card and voting system replacement grant program | $825,000,000 |
| Department of Health & Human Services: Accessibility payments | -0- |
| Department of Health & Human Services: Protection & Advocacy | $6,902,099 |
| Total | $831,902,099 |

**FY 2021**
**H.R. 1 For the People Act of 2021**
**10/05/2022** CRS Report R46646 p.6, 12
**(P.L. 115-141)**

  **Footnote c**. Starting with the Consolidated Appropriations Act, 2014 (P.L. 113-76), appropriations for new funding for HAVA grant programs administered by the U.S. Department of Health and Human Services (HHS) have been included in general budget authority for the Administration for Community Living's Aging and Disability Services programs. The appropriations acts reference both the polling place accessibility grant program and the P&A system grant program, but, **according to HHS, only the P&A system grant program has been funded during that period**. The specific totals HHS has reported awarding for P&A system grants each year are available from the Administration for Community Living at https://acl.gov/about-acl/help-america-vote-act-hava.

**AIDD Help America Vote Act HAAVA) Awards for the States/Territories FY 2020 Annual Allocation**

**FY 2022**
**(P.L. 117-103) Consolidated Appropriations, Act 2022: $75,000,000**
**(P.L. 117-182) Protection and Advocacy Voting Access (PAVA) Program Inclusion Act**
**H.R. 4789/S.519 Protect Electoral College Act**
**10/05/2022** CRS Report R46646 p.6, 12
**(P.L. 115-141)**

  **Footnote c**. Starting with the Consolidated Appropriations Act, 2014 (P.L. 113-76), appropriations for new funding for HAVA grant programs administered by the U.S. Department of Health and Human Services (HHS) have been included in general budget authority for the Administration for Community Living's Aging and Disability Services programs. The appropriations acts reference both the polling place accessibility grant program and the P&A system grant program, but, **according to HHS, only the P&A system grant program has been funded during that period**. The specific totals HHS has reported awarding for P&A system grants each year are available from the Administration for Community Living at https://acl.gov/about-acl/help-america-vote-act-hava.

**AIDD Help America Vote Act HAAVA) Awards for the States/Territories FY 2022 Annual**

**Allocation**

| | |
|---|---|
| EAC: General Improvement Grants: Lever Punch card and voting system replacement grant program | $75,000,000 |
| Department of Health & Human Services: Accessibility payments | -0- |
| Department of Health & Human Services: Protection & Advocacy | $7,828,275 |
| Total | $82,828,275 |

**FY 2023**

<u>CRS R5770</u> **p.6, 7 Footnote M, N p.8**

<u>**Fiscal Year 2023 Congressional Budget Justification**</u>

| | |
|---|---|
| Election Assistance Commission: Salaries and Expenses | $30,087,000 |
| Of which $1,500,000 shall be transferred to NIST | |
| EAC: General Improvements | $75,000,000 |
| EAC: Help America Vote College Program | $1,000,000 |
| Department of Health & Human Services: Accessibility payments | -0- |
| Department of Health & Human Services: Protection & Advocacy **Not Available yet** | |
| Total | |