May 1, 2023

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

Dear Honorable Jared C. Bennett,

I have reason to believe that the defendants of this case, Sonia Sotomayor, Elena Kagan, and Ketanji Brown Jackson, who are current Justices of the Supreme Court of the United States, broke their oath of office by voting against hearing the Raland J Brunson's case docket #22-380 of the U.S. Supreme Court.

This case, docket #22-380 is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress including House Speaker Pelosi, who thwarted the proposed investigation into the allegations that there was interference in the 2020 Presidential election.

I urge you to give these three defendants an opportunity to explain and defend themselves as to why they thought it was important to vote against the hearing of the said Raland J Brunson case. Let this case move forward. Let me along with "We the People" know that this court will protect the US Constitution by allowing the defendants to answer the Complaint.

Respectfully and in Honor,

*Tracy Welborn*

Tracy Welborn
605 S. Clinton St.,
Apt. #5
Oak Grove, Missouri 64075



KANSAS CITY  640

2 MAY 2023  PM 3  L

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
Orrin G. Hatch United States Courthouse
351 South West Temple, Rm. 1.100
Salt Lake City, Utah 84101

84101-194875

Lodged
FILED US District Court-UT
MAY 05 '23 PM02:26

Dear Honorable Jared C. Bennett,

I have reason to believe that the defendants of this case, Sonia Sotomayor, Elena Kagan, and Ketanji Brown Jackson, who are current Justices of the Supreme Court of the United States, broke their oath of office by voting against hearing the Raland J Brunson's case docket #22-380 of the US Supreme Court.

This case, docket #22-380 is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress including House Speaker Pelosi, who thwarted the proposed investigation into the allegations that there was interference in the 2020 Presidential election.

I urge you to give these three defendants an opportunity to explain and defend themselves as to why they thought it was important to vote against the hearing of the said Raland J Brunson case. Let this case move forward. Let me along with "We the People" know that this court will protect the US Constitution by allowing the defendants to answer the Complaint.

Respectfully and in Honor,

Mrs. Donna Nivelt

*Mrs. Donna Nivelt*
5-4-23



Donna Nivelt
40213 Tonabee Ct.
Sterling Heights, MI 48313

METROPLEX MI 480
1 MAY 2023 PM 4 L

United States District Court
District of Utah
351 South West Temple
Rm. 1100
Salt Lake City, UT 84101

84101-13425