LODGED
~~U.S.~~ District Court-UT
MAY 08 '23 PM 04:41

1:23cv42HCN-JCB Case # 230901367

I Lisa Jane Martin of West Virginia, I am writing to let you know that I support the Raland Brunson case to sue, Sonja Soto mayor, Elena Kagan, Kentanji Brown Jackson.

Please add me to the list of Americans who feel that they have committed Misprision of Treason by not hearing Ralands Case.

I am a legal American Legal Citizen. Who has worked and paid taxes for 50 years. I feel that my God given rights to a fair, legal and legit election has been violated. The 2020 Presidential Election was any thing than legal or legit. I also believe that anyone who does nothing to investagate this situation is also committing Misprison of Treason.

So sorry to say that this is now up to you to correct. Will you do the right thing and find a solution to this situation, Or will you have your name added to the list of persons committing treason.

Thank You
Lisa J Martin



CHARLESTON WV 250
3 MAY 2023 PM 1 L

United States Courthouse
351 West Temple Suite 5,400
Salt Lake City, Utah
84101

Att: Judge Howard C. Nielson
Judge Jared C. Bennett

84101-138805



Case # 23090136

May 1, 2023

United States District Court
District of Utah
351 South West Temple, Rm. 1100
Salt Lake City, UT 84101

LODGED
FILED US District Court-UT
MAY 08 '23 PM04:37

Dear Honorable Jared C. Bennett,

I have reason to believe that the defendants of this case, Sonia Sotomayor, Elena Kagan, and Ketanji Brown Jackson, who are current Justices of the Supreme Court of the United States, broke their oath of office by voting against hearing the Raland J Brunson's case docket #22-380 of the US Supreme Court.

This case, docket #22-380 is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress including House Speaker Pelosi, who thwarted the proposed investigation into the allegations that there was interference in the 2020 Presidential election.

I urge you to give these three defendants an opportunity to explain and defend themselves as to why they thought it was important to vote against the hearing of the said Raland J Brunson case. Let this case move forward. Let me along with "We the People" know that this court will protect the US Constitution by allowing the defendants to answer the Complaint.

Respectfully and in Honor,

Lawrence Capretta



L. Apratti
14425 N. 67th Place
Scottsdale AZ 85254

PHOENIX AZ 852
5 MAY 2023 PM 6
FOREVER

United States District Court
District of Utah
351 South West Temple, Rm 1100
Salt Lake City, UT
84101

May 1, 2023

LODGED
US District Court-UT
MAY 08 '23 PM04:37

United States District Court
District of Utah
351 South West Temple, Rm. 1100
Salt Lake City, UT 84101

Dear Honorable Jared C. Bennett,

I have reason to believe that the defendants of this case, Sonia Sotomayor, Elena Kagan, and Ketanji Brown Jackson, who are current Justices of the Supreme Court of the United States, broke their oath of office by voting against hearing the Raland J Brunson's case docket #22-380 of the US Supreme Court.

This case, docket #22-380 is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress including House Speaker Pelosi, who thwarted the proposed investigation into the allegations that there was interference in the 2020 Presidential election.

I urge you to give these three defendants an opportunity to explain and defend themselves as to why they thought it was important to vote against the hearing of the said Raland J Brunson case. Let this case move forward. Let me along with "We the People" know that this court will protect the US Constitution by allowing the defendants to answer the Complaint.

Respectfully and in Honor,

Mary E. Wiley



M. Wiley
14428 N. 67th Place
Scottsdale, AZ 85254

United States District Court
District of Utah
351 South West Temple, Rm. 1160
Salt Lake City, UT 84101

84101-194875

4/24/2023

Case No.
1:23-cv-00042-JCB

Formerly:
Utah State Court
Case No. 230901367

**LODGED**

US District Court-UT
MAY 08 '23 PM04:34

Currently:
Utah Federal Court
Judge Howard C. Nielson
Magistrate Judge Jared C. Bennett


Dear Honorable Jared C. Bennett,

I urge you to move forward with the case brought in front of you by the Plaintiff Raland Brunson in Case # **1:23-cv-00042-JCB against the defendants** Sonia Sotomayor, Elena Kagan, and Ketanji Brown Jackson, who are current Justices of the Supreme Court of the United States.

They broke their oath of office by voting against hearing the Raland J Brunson's case docket #22-380 of the US Supreme Court. I have read their supreme court case and I believe it has merit and should be heard.

This case, docket #22-380 is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress including House Speaker Pelosi, who thwarted the proposed investigation into the allegations that there was interference in the 2020 Presidential election.

These 3 defendants need to stand by their oath of office to uphold the constitution and give reason why their reason to not hear the case is not obstructing justice.

I urge you to give these three defendants an opportunity to explain and defend themselves as to why they thought it was important to vote against the hearing of the said Raland J Brunson case. Let this case move forward. Let "We the People" know that this court will protect the US Constitution by allowing the defendants to answer the complaint.

Respectfully and in Honor,

*[signature]*

Dutch Harbert
10428 N 148th East Ave.
Owasso, OK  74055





Dutch Harbert
10428 N 148th East Ave
Owasso, OK 74055

United States District Court
District of Utah
Magistrate Judge Jared C. Bennett
Orrin G. Hatch United States Courthouse
351 South West Temple, Rm 1.100
Salt Lake City, Utah 84101

84101-194875