UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
350 S Main St
Unit 150
Salt Lake City, UT 84101

RECEIVED CLERK
MAY 15 2023
U.S. DISTRICT COURT

Dear Honorable Jared C. Bennett,

I have reason to believe that the defendants of this case, Sonia Sotomayor, Elena Kagan, and Ketanji Brown Jackson, who are current Justices of the Supreme Court of the United States, broke their oath of office by voting against hearing the Raland J Brunson's case docket #22-380 of the US Supreme Court.

This case, docket #22-380 is about Pres. Biden, V.P. Harris and then V.P. Mike Pence, and 385 members of congress who thwarted the proposed investigation into the allegations that there was interference in the 2020 Presidential election.

I urge you to give these defendants an opportunity to explain and defend themselves as to why they thought it was important to vote against the hearing of the said Raland J Brunson case.

Thank you.

**Dead Letter**



United States District Court
District of Utah
350 S Main St, Unit 150
Salt Lake City UT 84101

UTF

CHARLESTON SC
28 APR 2023



FOREVER / USA