**Raland J Brunson**
4287 South Harrison Blvd., Apt 132
Ogden, Utah 84403
Phone: 385-492-4898
Email: thedreamofthecentury@gmail.com
Pro Se

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
JUN 15 2023
GARY P. SERDAR
CLERK OF COURT
BY
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| RALAND J BRUNSON,<br><br>Plaintiff,<br><br>vs.<br><br>SONIA SOTOMAYOR, et al.,<br><br>Defendants. | **REQUEST TO SUBMIT FOR DECISION ON PLAINTIFF'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER-JURISDICTION**<br><br>Case No. 1:23-cv-00042-HCN-JCB<br><br>Judge: Howard C. Nielsen<br>Magistrate Judge: Jared C. Bennett |

Plaintiff Raland J Brunson ("Brunson") hereby moves this court with *His Request To Submit For Decision On Plaintiff's Motion To Dismiss For Lack Of Subject Matter-Jurisdiction* and states:

This request is made pursuant to DUCivR 7-3

- Plaintiff served their said motion on or about April 19, 2023 (ECF 7).

- Brunson served his opposition on or about May 15, 2023 (ECF 14).

- Plaintiff filed their reply on or about May 30, 2023 (ECF 16).

- Brunson is not aware of any hearing that has been requested.

- This motion is fully briefed and is ready for a decision.

1

Humbly submitted this the 12th day of June, 2023.


_____
Raland J Brunson
Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June, 2023 I personally placed in the United States Mail to the individuals named below a true and correct copy of **REQUEST TO SUBMIT FOR DECISION ON PLAINTIFF'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER-JURISDICTION.**

TRINA A. HIGGNS
AMANDA A. BERNDT
111 South Main Street, #1800
Salt Lake City, Utah 84111


_____
Raland Brunson

2

