AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

### District of Utah

RALAND J. BRUNSON,

      Plaintiff,

v.

SONIA SOTOMAYOR, *in her official capacity as Justice of the Supreme Court of the United States*; ELANE KAGAN, *in her official capacity as Justice of the Supreme Court of the United States*; KETANJI BROWN JACKSON, *in her official capacity as Justice of the Supreme Court of the United States*; and Jane Does 1–100,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:23-cv-00042-HCN

IT IS ORDERED AND ADJUDGED

That this action is dismissed without prejudice.

August 10, 2023
_____
*Date*

BY THE COURT:

*[signature]*
_____
Howard C. Nielson, Jr.
United States District Judge