Raland J Brunson
4287 South Harrison Blvd., #132
Ogden, Utah 84403
Phone: 385-492-4898
Email: thedreamofthecentury@gmail.com
Pro Se

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

AUG 15 2023

GARY P. SERDAR
CLERK OF COURT
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| RALAND J BRUNSON, | **NOTICE OF APPEAL** |
| Plaintiff, | Case No. 1:23-cv-00042-HCN-JCB |
| vs. | Judge: Howard C. Nielsen |
| SONIA SOTOMAYOR, et al., | Magistrate Judge: Jared C. Bennett |
| Defendants. | |

Notice is hereby given that Plaintiff Raland J Brunson in the above named case hereby appeals to the United States Court of Appeals for the 10th Circuit from a final judgment known as "JUDGMENT IN A CIVIL CASE" entered in this action on August 11th, 2023 [ECF 24] taken from the United States District Court For The District Of Utah.

Humbly submitted this the 14th day of August, 2023.

_____
Raland J Brunson, Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2023 I personally placed in the United States Mail to the individuals named below a true and correct copy of **NOTICE OF APPEAL**

TRINA A. HIGGINS
AMANDA A. BERNDT
Attorneys of the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

_Raland Brunson_
Raland Brunson