# United States District Court
## District of Utah



**Gary P. Serdar**
Clerk of Court

**Alison J. Adams**
Chief Deputy Clerk

August 17, 2023

Raland J. Brunson
4287 S HARRISON BLVD APT 132
OGDEN, UT 84403

RE:    NOTICE OF APPEAL
        Brunson v. Sotomayor et al
        Plaintiff/Appellant  Defendant/Appellee
        Lower Docket: 1:23-cv-00042-HCN

Dear Appellant:

    Attached are the following documents in connection with the Notice of Appeal filed in the above captioned case:

> Copy of the Notice of Appeal (filed 8/15/2023)
> Copy of the Docket Sheet
> Order or Judgment being appealed from

    The record on appeal will be transmitted to the Court of Appeals at a later date in accordance with the Rules of Court for the U.S. Court of Appeals for the 10th Circuit. This case does not contain any sealed entries or documents.

Sincerely,

Gary P. Serdar, Clerk

By: *[signature]*

Deborah Eyer
Deputy Clerk

DMJ:
**cc**: Clerk, U.S. Court of Appeals, Tenth Circuit
Judge Howard C. Nielson, Jr.
Court Reporter:
Counsel of Record
District: 1088
Fee Status: Not Paid